# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re                                        :    Chapter 11
                                             :
XERIUM TECHNOLOGIES, INC.,                   :    Case No. 10-_____ ( )
                                             :
        Debtor.                :
                                             :
Tax I.D. No. 42-1558674                      :

------------------------------------------------------------x

In re                                        :
                                             :    Chapter 11
XERIUM V (US) LIMITED,                       :
                                             :    Case No. 10-_____ ( )
        Debtor.                :
                                             :
Tax I.D. No. 51-0394462                      :

------------------------------------------------------------x

In re                                        :
                                             :    Chapter 11
XERIUM ASIA, LLC,                            :
                                             :    Case No. 10-_____ ( )
        Debtor.                :
                                             :
Tax I.D. No. 20-8863367                      :

------------------------------------------------------------x

In re                                        :
                                             :    Chapter 11
WEAVEXX, LLC,                                :
                                             :    Case No. 10-_____ ( )
        Debtor.                :
                                             :
Tax I.D. No. 05-0387969                      :

------------------------------------------------------------x

```
----------------------------------------x
In re                                    :   Chapter 11
                                         :
XERIUM III (US) LIMITED,                 :   Case No. 10-_____ ( )
                                         :
                Debtor.                  :
                                         :
Tax I.D. No. 51-0394460                  :
----------------------------------------x

----------------------------------------x
In re                                    :
                                         :   Chapter 11
STOWE WOODWARD LLC,                      :
                                         :   Case No. 10-_____ ( )
                Debtor.                  :
                                         :
Tax I.D. No. 84-1694102                  :
----------------------------------------x

----------------------------------------x
In re                                    :
                                         :   Chapter 11
STOWE WOODWARD LICENSCO LLC,             :
                                         :   Case No. 10-_____ ( )
                Debtor.                  :
                                         :
Tax I.D. No. 51-0394459                  :
----------------------------------------x

----------------------------------------x
In re                                    :
                                         :   Chapter 11
XTI LLC,                                 :
                                         :   Case No. 10-_____ ( )
                Debtor.                  :
                                         :
Tax I.D. No. 20-1296754                  :
----------------------------------------x
```

```
-------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
HUYCK LICENSCO INC.,                             :    Case No. 10-_____ (   )
                                                 :
              Debtor.                            :
                                                 :
Tax I.D. No. 06-1260434                          :
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
XERIUM IV (US) LIMITED,                          :
                                                 :    Case No. 10-_____ (   )
              Debtor.                            :
                                                 :
Tax I.D. No. 51-0394461                          :
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
WANGNER ITELPA I LLC,                            :
                                                 :    Case No. 10-_____ (   )
              Debtor.                            :
                                                 :
Tax I.D. No. 43-2073561                          :
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
WANGNER ITELPA II LLC,                           :
                                                 :    Case No. 10-_____ (   )
              Debtor.                            :
                                                 :
Tax I.D. No. 43-2073562                          :
-------------------------------------------------x
```

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HUYCK.WANGNER AUSTRIA GMBH, | : | Case No. 10-_____ ( ) |
| Debtor. | : | |
| Tax I.D. No. 98-0430323 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| XERIUM GERMANY HOLDING GMBH, | : | Case No. 10-_____ ( ) |
| Debtor. | : | |
| Tax I.D. No. 98-0433219 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| XERIUM CANADA INC., | : | Case No. 10-_____ ( ) |
| Debtor. | : | |
| Foreign Tax I.D. No. 13523 9101 RC0003 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| XERIUM ITALIA S.P.A., | : | Case No. 10-_____ ( ) |
| Debtor. | : | |
| Foreign Tax I.D. No. 12961180150 | : | |

# MOTION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Xerium Technologies, Inc. ("Xerium") and certain of its direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully represent:

## Background

1. On the Date hereof (the "Commencement Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

## The Debtors' Businesses

2. The Debtors, together with their non-Debtor subsidiaries and affiliates (collectively, the "Company"), are a leading global manufacturer and supplier of two categories of consumable products used in the production of paper products (the "Clothing Segment") and roll technology products (the "Roll Covers Segment") installed in paper-making machines. The Clothing Segment consists of engineered synthetic textile belts, which range in size from 15 feet in width to more than 460 feet in length, that allow for the extraction of water while transporting paper through a paper-making machine. The Roll Covers Segment encompasses the covering and servicing of large metal rolls (up to 50 feet in length, six feet in diameter, and 140,000 pounds) upon which paper machine clothing products are often mounted and between which paper travels as it is processed from a "wet slurry" to a finished paper product.

3. The Company operates 38 facilities in 13 countries, 32 of which are manufacturing facilities. The Company's facilities are strategically located in the major paper-producing regions of North America, Europe, South America, and Asia-Pacific. Eleven of these facilities manufacture clothing, twenty facilities manufacture and service roll covers, and one facility manufactures both clothing and roll covers. The Company owns substantially all of its manufacturing facilities.

4. As of January 1, 2010, the Company employs approximately 3,290 people worldwide, of which approximately 2,500 are manufacturing employees, 400 are sales and marketing employees, 100 employees are in research and development, and 300 are administrative and other employees.

5. For the fiscal year ended December 31, 2009, the Company generated, on a consolidated basis, $500.1 million in net sales. As of December 31, 2009, the Company reported, on a consolidated basis, total assets of $693.5 million and total liabilities of $813.2 million, including approximately $640.1 million of debt.

### The Debtors' Prepackaged Plan

6. Prior to the Commencement Date, the Debtors solicited votes on their proposed joint prepackaged plan of reorganization under chapter 11 of the Bankruptcy Code pursuant to a disclosure statement, dated March 2, 2010 and supplement thereto, dated March 8, 2010 (together, the "Disclosure Statement"). On the Commencement Date, the Debtors filed the proposed plan, as amended (the "Plan") and the Disclosure Statement with the Court. As set forth in the Certification of The Garden City Group, Inc. with Respect to Solicitation and Tabulation of Votes on Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of

the Bankruptcy Code, filed on the Commencement Date, the Plan has been overwhelmingly accepted by all classes entitled to vote.

7. As described in the Disclosure Statement and the Declaration of Stephen Light in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings (the "Light Declaration"), filed with the Court on the Commencement Date, the Plan contemplates a comprehensive financial restructuring of the Debtors' capital structure that will reduce the Debtors' leverage and enhance their long-term growth and competitive position. The Plan also provides for an improvement in the Debtors' liquidity by extending the maturity dates of their prepetition indebtedness. Under the Plan, general unsecured claims will be rendered unimpaired and holders of equity interests in Xerium will receive shares of new common stock to be issued on the effective date of the Plan and warrants to purchase additional shares of new common stock.

## Jurisdiction

8. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

9. By this motion and for the reasons set forth below, pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1, the Debtors respectfully request entry of an order, substantially in the form attached hereto as Exhibit A, directing joint administration of these cases for procedural purposes only.

## Basis for Relief Requested

10. Fed. R. Bankr. P. 1015(b) provides, in relevant part, that "if two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." The Debtors are "affiliates" as defined under section 101(2) of the Bankruptcy Code. 11 U.S.C. § 101(2).

11. In addition, Del. Bankr. L.R. 1015-1 provides in relevant part as follows:

> An order of joint administration may be entered . . . upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

12. Pursuant to Del. Bankr. L.R. 1015-1, the Debtors have filed the Light Declaration contemporaneously herewith. The Light Declaration establishes that the joint administration of the Debtors' respective cases is warranted and will ease the administrative burden to the Court and the parties. Accordingly, this Court is authorized to consolidate these cases for procedural purposes.

13. Because joint administration of these cases will remove the need to prepare, replicate, file, and serve duplicative notices, applications and orders, the Debtors and their estates will save substantial time and expense. Further, joint administration will relieve the Court of entering duplicative orders and maintaining duplicative files and dockets. The United States Trustee for the District of Delaware (the "U.S. Trustee") and other parties in interest will similarly benefit from joint administration of these chapter 11 cases by sparing them the time and effort of reviewing duplicative pleadings and other papers.

14. Joint administration will not adversely affect creditors' rights because this motion requests only the administrative consolidation of the estates. This motion does not seek substantive consolidation. As such, each creditor may still assert a claim against a particular estate.

15. Accordingly, the Debtors respectfully request that the caption of their cases be modified as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| XERIUM TECHNOLOGIES, INC., et al., | Case No. 10-_____ ( ) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------x

16. The Debtors also seek the Court's direction that a notation substantially similar to the following be made in each of these chapter 11 cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Xerium Technologies, Inc.; Xerium V (US) Limited; Xerium Asia, LLC; Weavexx, LLC; Xerium III (US) Limited; Stowe Woodward LLC; Stowe Woodward Licensco LLC; XTI LLC; Huyck Licensco Inc.; Xerium IV (US) Limited; Wangner Itelpa I LLC; Wangner Itelpa II LLC; Huyck.Wangner Austria GmbH; Xerium Germany Holding GmbH; Xerium Canada Inc.; and Xerium Italia S.p.A. The docket in Case No. 10-_____ (__) should be consulted for all matters affecting this case.

17. An order of joint administration relates to the routine administration of a case and may be entered by the Court in its sole discretion on an ex parte basis. See Del. Bankr. L.R. 1015-1. Moreover, the ex parte entry of joint administration orders in multiple related cases such as these is common in this District. See, e.g., In re Sun-Times Median Group, Inc., Case

No. 09-11092 (CSS) (Bankr. D. Del. Apr. 1, 2009) (D.I. 26); In re Nortel Networks Inc., Case No. 09-10138 (KG) (Bankr. D. Del. Jan. 15, 2009) (D.I. 36); In re KB Toys, Inc., Case No. 08-13269 (KJC) (Bankr. D. Del. Dec. 12, 2008) (D.I. 37); In re Landsource Communities Development LLC, Case No. 08-11111 (KJC) (Bankr. D. Del. June 10, 2008) (D.I. 27); In re Tropicana Entertainment, LLC, Case No. 08-10856 (KJC) (Bankr. D. Del. May 6, 2008) (D.I. 49); In re Linens Holding Co., Case No. 08-10832 (CSS) (Bankr. D. Del. May 2, 2008) (D.I. 48); In re Charys Holding Company, Inc. and Crochet & Borel Servs., Inc., Case No. 08-10289 (BLS) (Bankr. D. Del. Feb. 15, 2008) (D.I. 22); In re New Century TRS Holdings, Inc., Case No. 07-10416 (KJC) (Bankr. D. Del. Apr. 3, 2007) (D.I. 52); In re World Health Alternatives, Inc., et al, Case No. 06-10166 (PJW) (Bankr. D. Del. Feb. 22, 2006) (D.I. 44).

18. Based on the foregoing, the Debtors submit that the relief requested is necessary, appropriate and in the best interests of their estates and creditors and should be granted in all respects.

### Notice

19. No trustee, examiner or statutory creditors' committee has been appointed in these chapter 11 cases. Pursuant to Del. Bankr. L.R. 9013-1(m), notice of the "first-day" hearing to consider this motion is being provided by facsimile, electronic mail transmission, overnight delivery and/or hand delivery to (i) the U.S. Trustee, (ii) the holders of the fifty largest unsecured claims against the Debtors on a consolidated basis, (iii) counsel to Citicorp North America, Inc., as administrative agent for the Debtors' prepetition secured lenders, (iv) the Securities and Exchange Commission, (v) the Internal Revenue Service, and (vi) the United States Department of Justice. Following the hearing, a copy of this motion and any order entered with respect hereto will be served on the foregoing parties and all parties having filed requests

for notices in these chapter 11 cases. Due to the urgency of the circumstances and the nature of the relief requested herein, the Debtors submit that no other or further notice need be given.

## No Prior Motion

20. No prior motion for the relief requested herein has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  March 30, 2010
        Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John J. Rapisardi
Sharon J. Richardson
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Proposed Co-Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re                                          : Chapter 11
XERIUM TECHNOLOGIES, INC.,                     : Case No. 10-_____ ( )
                Debtor.                        :
Tax I.D. No. 42-1558674                        :

---

In re                                          : Chapter 11
XERIUM V (US) LIMITED,                         : Case No. 10-_____ ( )
                Debtor.                        :
Tax I.D. No. 51-0394462                        :

---

In re                                          : Chapter 11
XERIUM ASIA, LLC,                              : Case No. 10-_____ ( )
                Debtor.                        :
Tax I.D. No. 20-8863367                        :

---

In re                                          : Chapter 11
WEAVEXX, LLC,                                  : Case No. 10-_____ ( )
                Debtor.                        :
Tax I.D. No. 05-0387969                        :

---

```
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
XERIUM III (US) LIMITED,                        :   Case No. 10-_____ (  )
                                                :
              Debtor.                           :
                                                :
Tax I.D. No. 51-0394460                         :
------------------------------------------------x

In re                                           :
                                                :   Chapter 11
STOWE WOODWARD LLC,                             :
                                                :   Case No. 10-_____ (  )
              Debtor.                           :
                                                :
Tax I.D. No. 84-1694102                         :
------------------------------------------------x

In re                                           :
                                                :   Chapter 11
STOWE WOODWARD LICENSCO LLC,                    :
                                                :   Case No. 10-_____ (  )
              Debtor.                           :
                                                :
Tax I.D. No. 51-0394459                         :
------------------------------------------------x

In re                                           :
                                                :   Chapter 11
XTI LLC,                                        :
                                                :   Case No. 10-_____ (  )
              Debtor.                           :
                                                :
Tax I.D. No. 20-1296754                         :
------------------------------------------------x
```

```
-----------------------------------x
In re                              :   Chapter 11
                                   :
HUYCK LICENSCO INC.,               :   Case No. 10-_____ (    )
                                   :
            Debtor.                :
                                   :
Tax I.D. No. 06-1260434            :
-----------------------------------x

-----------------------------------x
In re                              :
                                   :   Chapter 11
XERIUM IV (US) LIMITED,            :
                                   :   Case No. 10-_____ (    )
            Debtor.                :
                                   :
Tax I.D. No. 51-0394461            :
-----------------------------------x

-----------------------------------x
In re                              :
                                   :   Chapter 11
WANGNER ITELPA I LLC,              :
                                   :   Case No. 10-_____ (    )
            Debtor.                :
                                   :
Tax I.D. No. 43-2073561            :
-----------------------------------x

-----------------------------------x
In re                              :
                                   :   Chapter 11
WANGNER ITELPA II LLC,             :
                                   :   Case No. 10-_____ (    )
            Debtor.                :
                                   :
Tax I.D. No. 43-2073562            :
-----------------------------------x
```

```
-----------------------------------x
In re                              :   Chapter 11
                                   :
HUYCK.WANGNER AUSTRIA GMBH,        :   Case No. 10-_____ (  )
                                   :
            Debtor.                :
                                   :
Tax I.D. 98-0430323                :
-----------------------------------x
In re                              :
                                   :   Chapter 11
XERIUM GERMANY HOLDING GMBH,       :
                                   :   Case No. 10-_____ (  )
            Debtor.                :
                                   :
Tax I.D. 98-0433219                :
-----------------------------------x
In re                              :
                                   :   Chapter 11
XERIUM CANADA INC.,                :
                                   :   Case No. 10-_____ (  )
            Debtor.                :
                                   :
Foreign Tax I.D. 13523 9101 RC0003 :
-----------------------------------x
In re                              :
                                   :   Chapter 11
XERIUM ITALIA S.P.A.,              :
                                   :   Case No. 10-_____ (  )
            Debtor.                :
                                   :
Foreign Tax I.D. 12961180150       :
-----------------------------------x
```

- 4 -

RLF1 3555145v 1

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES
## PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015(b)

Upon the motion, dated March 30, 2010 (the "Motion"),[1] of Xerium Technologies, Inc.; Xerium V (US) Limited; Xerium Asia, LLC; Weavexx, LLC; Xerium III (US) Limited; Stowe Woodward LLC; Stowe Woodward Licensco LLC; XTI LLC; Huyck Licensco Inc.; Xerium IV (US) Limited; Wangner Itelpa I LLC; Wangner Itelpa II LLC; Huyck.Wanger Austria GmbH; Xerium Germany Holding GmbH; Xerium Canada Inc.; and Xerium Italia S.p.A., as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015(b), for entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided in accordance with Del. Bankr. L.R. 9013-1(m), as set forth in the Motion, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the Declaration of Stephen Light in Support of the Debtors Chapter 11 Petitions and First Day Pleadings filed with the Court on the Commencement Date, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

and all parties in interest and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-_____ (__); and it is further

ORDERED that nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the Clerk of this Court or the agent designated by the Court, if any, shall maintain a separate claims register for each case, and proofs of claim asserted against any one Debtor shall be filed in the particular case of the Debtor against which such claim is asserted; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re                                               :      Chapter 11
                                                    :
XERIUM TECHNOLOGIES, INC., et al.,                  :      Case No. 10-_____ ( )
                                                    :
                        Debtors.                    :      Jointly Administered
                                                    :
------------------------------------------------------------x

; and it is further

      ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

      An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Xerium Technologies, Inc.; Xerium V (US) Limited; Xerium Asia, LLC; Weavexx, LLC; Xerium III (US) Limited; Stowe Woodward LLC; Stowe Woodward Licensco LLC; XTI LLC; Huyck Licensco Inc.; Xerium IV (US) Limited; Wangner Itelpa I LLC; Wangner Itelpa II LLC; Huyck.Wangner Austria GmbH; Xerium Germany Holding GmbH; Xerium Canada Inc.; and Xerium Italia S.p.A. The docket in Case No. 10-_____ (__) should be consulted for all matters affecting this case.

; and it is further

      ORDERED that this Order shall be effective immediately upon its entry and the Clerk of this Court is hereby requested to enter this Order promptly on the docket in each Debtor's chapter 11 case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
        Wilmington, Delaware

                                                                       _____
                                                                          United States Bankruptcy Judge