*XERIUM TECHNOLOGIES, INC.*

*Summary of Terms and Conditions*

*US$80,000,000 Senior Secured Superpriority Priming DIP Financing Facility and
US$80,000,000 First Lien Exit Facility
or
US$80,000,000 First Lien Out of Court Restructuring Facility*

The following is a summary (the "Term Sheet") of certain material terms of (i) a proposed US$80 million senior secured superpriority priming debtor-in-possession facility (the "DIP Facility") comprised of (A) a US$20 million senior secured superpriority priming debtor-in-possession revolving loan facility and (B) a US$60 million senior secured superpriority priming debtor-in-possession term loan facility to be made available to Xerium Technologies, Inc. ("Xerium") and (ii) a proposed US$80 million first lien secured exit facility (the "Exit Facility") comprised of (A) a US$20 million first lien secured exit revolving loan facility, and (B) a US$60 million first lien secured exit term loan facility to be made available to Xerium and certain subsidiaries of Xerium.  This Term Sheet is for discussion purposes only and remains subject to further review and comment.  This Term Sheet does not contain all the terms, conditions and other provisions of the DIP Facility or the Exit Facility and does not constitute a commitment on behalf of any lender or any of its affiliates to arrange or provide financing for or to Xerium, except upon mutually satisfactory documentation and court orders.

However, if Xerium obtains unanimous approval by April 12, 2010 from (i) the lenders under the Prepetition Credit Agreement (as defined below), (ii) Deutsche Bank AG and Merrill Lynch Capital Services, Inc. as swap counterparties in the interest rate swap agreements with the Company or certain of its subsidiaries, which agreements were terminated in December 2009 and January 2010, respectively, and (iii) Apax WW Nominees Ltd. and Apax-Xerium APIA LP for an out of court restructuring of its debt and equity (the "Out of Court Restructuring Approval"), the proposed facility will instead be (A) a US$20 million first lien secured revolving loan facility and (B) a US$60 million first lien secured term loan facility (the "Out of Court Restructuring Facility") on terms set forth in Part II of this Term Sheet, with adjustments to such terms to take into account that the Out of Court Restructuring Facility is not a debtor-in-possession facility and not an exit facility.  If the Out of Court Restructuring Facility is provided, the aggregate amount of the upfront fees payable on the DIP Closing Date and the Exit Closing Date will instead be due and payable on the closing date of the Out of Court Restructuring Facility and the closing date therefore shall occur no later than April 30, 2010.

## I. TERMS OF DIP FACILITY

| | | |
|---|---|---|
| 1. | ***Administrative and Collateral Agent:*** | An affiliate of Citigroup Global Markets, Inc. (in such capacity, the "DIP Facility Agent"). |
| 2. | ***Sole Lead Arranger and Sole Bookrunner:*** | Citigroup Global Markets, Inc. ("CGMI"). |
| 3. | ***DIP Issuing Bank*** | Citicorp North America, Inc. |

| | | |
|---|---|---|
| 4. | *Lenders:* | A syndicate of banks, financial institutions and other entities (the "DIP Facility Lenders"). |
| 5. | *Borrower*: | Xerium Technologies, Inc., a Delaware corporation (the "Company" or the "DIP Borrower") and debtor-in-possession in the cases (the "Cases") that may be commenced under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). |
| 6. | *Guarantors:* | All U.S. subsidiaries of the DIP Borrower (the "DIP Guarantors"), each of the DIP Guarantors being a debtor-in-possession in the Cases. The liability of the DIP Borrower and DIP Guarantors (collectively, the "Debtors") with respect to the DIP Facility shall be joint and several. |
| 7. | *DIP Facility:* | *DIP Term Loan Facility* |

The DIP Facility Lenders shall provide the DIP Borrower with a term loan credit facility (the "DIP Term Loan Facility") providing for extensions of term loans (the "DIP Term Loans") not to exceed US$60,000,000 (the "DIP TL Commitment Amount"). The DIP Term Loans shall be funded in full on the funding date under the terms of the DIP Loan Agreement. The DIP Term Loans will be made by the DIP Facility Lenders ratably in proportion to their respective DIP TL Commitment Amount. DIP Term Loans that are repaid shall not be reborrowed.

The DIP Facility shall have a letter of credit sublimit in the amount of US$20,000,000 as described in paragraph 8 below (the "DIP Term Loan L/C Facility").

Upon the entry of an order (the "Interim Order") by the Court substantially in the form agreed to by and among the DIP Borrower, the DIP Guarantors, the DIP Facility Agent and the DIP Facility Lenders, and subject to the terms of a debtor-in-possession credit agreement acceptable to the DIP Facility Lenders, the DIP Borrower and the DIP Guarantors (the "DIP Loan Agreement"), the DIP TL Commitment Amount shall be available to the DIP

NY3 - 504309.02

Borrower.

All DIP Term Loans shall be made in U.S. dollars.

On the DIP Closing Date (as defined below), (i) a portion of the proceeds from the DIP Term Loans shall be deposited into the Term Loan LC Collateral Account in accordance with paragraph 8 below, (ii) a portion of the proceeds from the DIP Term Loans shall be utilized to pay transaction costs payable on the DIP Closing Date and (iii) the balance of the proceeds from the DIP Term Loans shall deposited into the Term Loan Deposit Account in accordance with paragraph 8 below.

*DIP Revolving Loan Facility*

The DIP Facility Lenders shall provide the DIP Borrower with a revolving loan facility (the "DIP Revolving Loan Facility") providing for extensions of revolving loans (the "DIP Revolving Loans", and together with the DIP Term Loans, the "DIP Loans") with the principal amount of the DIP Revolving Loans not to exceed US$20,000,000 in the aggregate (the "DIP RL Commitment Amount").

From the DIP Closing Date and prior to the DIP Revolving Commitment Termination Date (as defined below), the DIP Borrower may, subject to the terms of the DIP Loan Agreement, borrow, repay and reborrow DIP Revolving Loans, subject to satisfaction of applicable conditions to borrowing.  DIP Revolving Loans will be in minimum principal amounts to be agreed to.  All DIP Revolving Loans will be made by the DIP Facility Lenders ratably in proportion to their respective DIP RL Commitment Amounts.  DIP Revolving Loans will be available on 3 business days' notice in the case of DIP Revolving Loans that are Eurodollar Loans and same business day notice in the case of DIP Revolving Loans that are Base Rate Loans.  The DIP Borrower will repay each DIP Revolving Loan no later than on the DIP Revolving Commitment Termination Date.

Upon the entry of the Interim Order by the Court,

NY3 - 504309.02

and subject to the terms of the DIP Loan Agreement, the DIP RL Commitment Amount shall be available to the DIP Borrower.

All DIP Revolving Loans shall be made in U.S. dollars.

| | | |
|---|---|---|
| 8. | *DIP Letters of Credit:* | On the DIP Closing Date (i) the outstanding letters of credit (the "<u>Prepetition Letters of Credit</u>") under the DIP Borrower's Amended and Restated Credit and Guaranty Agreement dated as of May 30, 2008, as amended, (the "<u>Prepetition Credit Agreement</u>") shall be outstanding letters of credit under the DIP Term Loan L/C Facility (the "<u>DIP Term Loan Letters of Credit</u>") and (ii) a portion of the proceeds from the DIP Term Loans equal to the lesser of (x) 103% of the amount available to be drawn under the DIP Term Loan Letters of Credit and (y) US\$20,000,000, shall be deposited into an account maintained by the DIP Facility Agent (the "<u>Term Loan LC Collateral Account</u>").  Amounts on deposit in the Term Loan LC Collateral Account shall secure the DIP Borrower's reimbursement obligation to the DIP Issuing Bank with respect to the DIP Term Loan Letters of Credit.  If the DIP Borrower fails to reimburse the DIP Issuing Bank for drawings under the DIP Term Loan Letters of Credit then the DIP Facility Agent shall withdraw funds from the Term Loan LC Collateral Account equal to such drawings and remit such funds to the DIP Issuing Bank. |

Funds on deposit in the Term Loan LC Collateral Account shall be invested in acceptable cash equivalents. The DIP Facility Agent, for the benefit of the DIP Issuing Bank, shall have a lien on the Term Loan LC Collateral Account and all funds and amounts held therein.  If on the last business day of any month the amount on deposit in the Term Loan LC Collateral Account exceeds 103% of the amount available to be drawn under the DIP Term Loan Letters of Credit, then no later than the second succeeding business day the DIP Facility Agent shall remit such excess amount to the Term Loan Deposit Account (as defined below).

If on the last business day of any month (or such

other date as determined by the DIP Facility Agent in its sole discretion) at any time the amount on deposit in the Term Loan LC Collateral Account is less than 103% of the amount available to be drawn under the DIP Term Loan Letters of Credit, then the DIP Borrower shall cause additional amounts to be deposited within one business day after notice from the DIP Facility Agent into the Term Loan LC Collateral Account equal to such deficiency. If the DIP Borrower shall fail to make such deposit, the DIP Facility Agent shall withdraw funds from the Term Loan Deposit Account equal to such deficiency and deposit such funds into the Term Loan LC Collateral Account. If sufficient funds are not available in the Term Loan Deposit Account then the DIP Facility Lenders shall make a DIP Revolving Loan under the DIP Revolving Facility in an amount of such deficiency and the proceeds of which shall be deposited into the Term Loan LC Collateral Account. The conditions precedent to making DIP Revolving Loans and the minimum amounts of DIP Revolving Loans shall not apply to DIP Revolving Loans made pursuant to this paragraph. If there is not sufficient availability under the DIP Revolving Facility to make such DIP Revolving Loans provided for in this paragraph, such event shall constitute an Event of Default.

9.   *Term Loan Deposit Account:*

On the DIP Closing Date, proceeds from the DIP Term Loans (less the amounts deposited into the Term Loan LC Collateral Account and amounts applied to pay transaction costs on the DIP Closing Date) shall be deposited into an account maintained by the DIP Facility Agent (the "Term Loan Deposit Account"). Funds on deposit in the Term Loan Deposit Account shall be invested in acceptable cash equivalents. The DIP Facility Agent shall have a lien on the Term Loan Deposit Account and all funds and amounts held therein. The DIP Borrower shall have the right to withdraw funds from the Term Loan Deposit Account in amounts consistent with its cash needs based on the 13-week cash flow statement and pro forma financial statements, in form and substance satisfactory to the DIP Facility Lenders and demonstrating satisfactory liquidity (the "DIP Budget"). It shall be a condition to any such withdrawal that the DIP Borrower shall have

5

delivered to the DIP Facility Agent a withdrawal request and no default or event of default shall have occurred and be continuing.

| | | |
|---|---|---|
| 10. | ***DIP Closing Date:*** | No later than 3 business days after the entry of the Interim Order, but in any event no later than April 12, 2010. |
| 11. | ***DIP Maturity Date and DIP Revolving Commitment Termination Date:*** | Unless accelerated as a result of an Event of Default (as defined herein), the DIP Loans outstanding under the DIP Facility will be immediately due and payable upon the earlier of (i) 120 days after the DIP Closing Date, (ii) 35 days after the entry of the Interim Order if the Final Order (as defined below) has not been entered by the Court on or before such date, (iii) the closing date of any sale of the Debtors of all or substantially all of the assets of the Debtors pursuant to section 363 of the Bankruptcy Code in the Cases that has been approved by an order of the Court, and (iv) the effective date of a Plan of Reorganization in the Cases that has been confirmed by an order of the Court (such date being the "DIP Maturity Date" and the "DIP Revolving Commitment Termination Date"). |
| 12. | ***Purpose and Use of Proceeds:*** | The proceeds of the DIP Facility will be used by the DIP Borrower (including by way of withdrawals from the Term Loan Deposit Account as described above) solely to (i) pay related transaction costs, fees and expenses associated with the DIP Facility, (ii) fund working capital and general corporate purposes of the DIP Borrower and its subsidiaries during the pendency of the Cases, (iii) make adequate protection payments, and (iv) fund costs, fees and expenses incurred in connection with the administration and prosecution of the Cases. |
| 13. | ***Amortization:*** | None. |
| 14. | ***Interest:*** | At the DIP Borrower's election, DIP Loans shall be Eurodollar Loans or Base Rate Loans. Eurodollar Loans shall bear interest at the annual rate equal to LIBOR plus the Applicable Margin, with a LIBOR floor of 2.00% per annum. Base Rate Loans shall bear interest at the annual rate equal to the Base Rate plus the Applicable Margin. |

NY3 - 504309.02