Base Rate: a fluctuating rate equal to the highest of (a) the Prime Rate of the DIP Facility Agent, (b) the Federal Funds Effective Rate plus 1/2 of 1% and (c) LIBOR plus 1%, with a LIBOR floor of 2.00%.

Applicable Margin: 4.50% per annum with respect to Eurodollar Loans and 3.50% per annum with respect to Base Rate Loans.

If any Event of Default occurs and is continuing under the DIP Facility, then the DIP Borrower will pay interest on the unpaid balance of the DIP Loans at a per annum rate of two percent (2%) greater than the rate of interest specified above.

If any Event of Default occurs and is continuing under the DIP Facility, each Eurodollar Loan will convert to a Base Rate Loan at the end of the Interest Period then in effect for such Eurodollar Loan.

15. ***Interest Period:*** Each interest period will be for one (1) month, or shorter periods if available to all DIP Facility Lenders.

16. ***Interest Payments:*** Interest shall be payable monthly in arrears and on the last day of each interest period.

17. ***Mandatory Prepayment:*** Mandatory prepayment of the DIP Loans shall be made from 100% of the net cash proceeds from asset sales made outside the ordinary course of business and 100% of insurance and condemnation award payments, subject to restrictions, exceptions, baskets and reinvestment rights to be agreed upon.

18. ***DIP Upfront Fee:*** To be determined in connection with the syndication.

19. ***DIP Commitment Fee:*** 1.00% per annum on the daily average amount of the unused DIP RL Commitment Amount of each DIP Facility Lender, payable to each DIP Facility Lender monthly in arrears from the DIP Closing Date until the DIP Revolving Commitment Termination Date.

20. ***DIP Letter of Credit Fee:*** A fronting fee equal to 0.25% per annum will accrue on the outstanding undrawn amount of any DIP Letters of Credit, payable to the DIP Issuing

Bank monthly in arrears.

21. ***Security:***

The agent for the DIP Facility Lenders (the "DIP Facility Agent") for and on behalf of the DIP Facility Lenders shall be entitled to the following security, subject to exceptions to be agreed upon:

(a) Priming Liens. Pursuant to section 364(d)(1) of the Bankruptcy Code, fully perfected first priority, valid, binding, enforceable, non-avoidable and automatically perfected, priming security interests in and liens upon (the "Priming Liens"): all existing and after acquired real and personal, tangible and intangible, property of the DIP Borrower and the DIP Guarantors that constitutes collateral of the DIP Borrower and the DIP Guarantors under the Prepetition Credit Agreement (the "Priming Lien Collateral"), which shall be senior in all respects to the interests in and liens upon such property of, without limitation, the lenders under the Prepetition Credit Agreement (the "Prepetition First Lien Lenders") but which shall be subject to (i) non-avoidable, valid, enforceable and perfected Permitted Liens (as defined in the Prepetition Credit Agreement) in existence on the date the Cases are commenced (the "Petition Date"), (ii) non-avoidable, valid, enforceable and perfected liens that are capitalized leases, purchase money security interests or mechanics' or other statutory liens in existence on the Petition Date, and (iii) non-avoidable, valid, enforceable liens that are capitalized leases, purchase money security interests or mechanics' or other statutory liens in existence on the Petition Date that are perfected subsequent to the Petition Date as permitted by section 546(b) of the Bankruptcy Code and (iv) mechanics, warehousemen's or other statutory liens arising after the Petition Date (clauses (ii) - (iv), collectively, "Additional Permitted Liens").

(b) First Liens. Pursuant to section 364(c)(2) of the Bankruptcy Code, fully perfected first priority, valid, binding, enforceable, non-avoidable and automatically perfected, security interests in and