**THIS SUPPLEMENT TO THE DISCLOSURE STATEMENT HAS NOT BEEN APPROVED BY THE BANKRUPTCY COURT AS CONTAINING ADEQUATE INFORMATION WITHIN THE MEANING OF SECTION 1125(a) OF THE BANKRUPTCY CODE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| XERIUM TECHNOLOGIES, INC., <u>et al.</u>, | Case No. 10-_____ (   ) |
| Debtors. | Joint Administration Requested |

---------------------------------------------------------------x

## SUPPLEMENT TO THE DISCLOSURE STATEMENT
## RELATING TO THE DEBTORS' JOINT PREPACKAGED PLAN OF
## <u>REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

CADWALADER, WICKERSHAM & TAFT LLP
Co-Attorneys for Proposed Debtors and
    Debtors in Possession
One World Financial Center
New York, New York 10281
Telephone:  (212) 504-6000

RICHARDS, LAYTON & FINGER, P.A.
Co-Attorneys for Proposed Debtors and
    Debtors in Possession
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone:  (302) 651-7700

THIS SOLICITATION OF VOTES IS BEING CONDUCTED TO OBTAIN SUFFICIENT ACCEPTANCES OF THE PROPOSED PLAN OF REORGANIZATION BEFORE THE FILING OF VOLUNTARY REORGANIZATION CASES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE. BECAUSE CHAPTER 11 CASES HAVE NOT YET BEEN COMMENCED, THIS DISCLOSURE STATEMENT HAS NOT BEEN APPROVED BY THE BANKRUPTCY COURT AS CONTAINING ADEQUATE INFORMATION WITHIN THE MEANING OF SECTION 1125(a) OF THE BANKRUPTCY CODE. FOLLOWING THE COMMENCEMENT OF THE CHAPTER 11 CASES, THE DEBTORS EXPECT TO PROMPTLY SEEK ORDERS OF THE BANKRUPTCY COURT (I) APPROVING THIS DISCLOSURE STATEMENT AS CONTAINING ADEQUATE INFORMATION, (II) APPROVING THE SOLICITATION OF VOTES AS BEING IN COMPLIANCE WITH SECTIONS 1125 AND 1126(b) OF THE BANKRUPTCY CODE, AND (III) CONFIRMING THE PROPOSED PLAN OF REORGANIZATION.

# SUPPLEMENT

## TO

## DISCLOSURE STATEMENT, DATED MARCH 2, 2010

**Solicitation of Votes on the Joint
Prepackaged Plan of Reorganization of**

**XERIUM TECHNOLOGIES, INC., and certain
of its direct and indirect subsidiaries**

**from the holders of outstanding**

**CREDIT FACILITY CLAIMS
SECURED SWAP TERMINATION CLAIMS
UNSECURED SWAP TERMINATION CLAIMS**

---

THE VOTING DEADLINE TO ACCEPT OR REJECT THE JOINT PREPACKAGED PLAN OF REORGANIZATION IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 22, 2010, UNLESS EXTENDED BY XERIUM TECHNOLOGIES, INC.

On March 2, 2010, Xerium Technologies, Inc. ("Xerium"); Huyck Licensco Inc.; Stowe Woodward Licensco LLC; Stowe Woodward LLC; Wangner Itelpa I LLC; Wangner Itelpa II LLC; Weavexx, LLC; Xerium Asia, LLC; Xerium III (US) Limited; Xerium IV (US) Limited; Xerium V (US) Limited; XTI LLC; Xerium Canada Inc.; Huyck.Wangner Austria GmbH; Xerium Germany Holding GmbH; and Xerium Italia S.p.A. (collectively with Xerium, the "Debtors") commenced the solicitation of votes to accept or reject the Debtors' proposed joint prepackaged plan of reorganization under chapter 11 of the Bankruptcy Code ("the Plan") pursuant to a disclosure statement, dated March 2, 2010 (the "Disclosure Statement"). The Plan is attached as Exhibit A to the Disclosure Statement, which was previously distributed to holders of Credit Facility Claims, Secured Swap Termination Claims, and Unsecured Swap Termination Claims, as of the February 23, 2010 voting record date, entitled to vote on the Plan.

Capitalized terms used herein and not otherwise defined herein have the meanings ascribed thereto in the Disclosure Statement.

The statements contained in this Supplement are made as of the date hereof unless another time is specified herein, and the delivery of this Supplement shall not create an implication that there has been no change in the information stated since the date hereof. Holders of Claims should carefully read this Supplement and the Disclosure Statement in their entirety, including the Plan, prior to voting on the Plan. This Supplement and the Disclosure Statement have not been filed with, reviewed, or approved or disapproved by the SEC and the SEC has not passed upon the accuracy or adequacy of the information contained herein.

Correction to Terms of Amended and Restated Credit Facility and Exit Facility

The principal terms of the Amended and Restated Credit Facility attached as Exhibit A to the Plan and the principal terms of the Exit Facility attached to the Commitment Letter set forth in Exhibit B to the Plan have been corrected to provide in the summary of negative covenants that the net cash proceeds from asset sales will be subject to the mandatory prepayment provisions of such agreement, thereby providing that such proceeds are to be shared ratably between the lenders under the Amended and Restated Credit Facility and the lenders under the Exit Facility pursuant to the Intercreditor Agreement.

The corrected page of the Amended and Restated Credit Facility term sheet is set forth in Exhibit A hereto and the corrected page of the Exit Facility term sheet is set forth in Exhibit B hereto.

Projected Financial Information and Liquidation Analysis

The Debtors have revised the financial projections set forth in Exhibit G to the Disclosure Statement to reflect the anticipated writedown of goodwill and have made corresponding revisions to the liquidation analysis set forth in Exhibit H to the Disclosure Statement. The goodwill impairment is a non-cash item and does not impact cash flow, projected EBITDA, or value available for distribution to parties in interest under a hypothetical liquidation of the Debtors under chapter 7 of the Bankruptcy Code as of the Effective Date. The Debtors' revised Projected Financial Information is annexed hereto as Revised Exhibit G and the Debtors' revised Liquidation Analysis is annexed hereto as Revised Exhibit H.

HOLDERS OF CLAIMS ENTITLED TO VOTE MAY CHANGE THEIR VOTES BY SUBMITTING TO THE DEBTORS' VOTING AGENT, SO AS TO BE RECEIVED BY THE VOTING DEADLINE OF 4:00 P.M. PREVAILING EASTERN TIME ON MARCH 22, 2010, A BALLOT THAT COMPLIES WITH THE VOTING PROCEDURES SET FORTH IN THE DISCLOSURE STATEMENT.  IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR THIS SUPPLEMENT, PLEASE CALL THE DEBTORS' VOTING AGENT, THE GARDEN CITY GROUP, AT:

> U.S. and Canada       1-866-249-8108 (toll-free)
>
> International countries  +1-614-553-1930

Dated: _March 8_, 2010

Respectfully submitted,

Xerium Technologies, Inc.

By: _____
Stephen R. Light
Chairman and Chief Executive Officer

Xerium III (US) Limited
Xerium IV (US) Limited
Xerium V (US) Limited
Huyck Licensco Inc.
Stowe Woodward Licensco LLC
Wangner Itelpa I LLC
Wangner Itelpa II LLC
Xerium Asia, LLC

By: _____
Stephen R. Light
President

Stowe Woodward LLC
Weavexx, LLC
Xerium Canada Inc.

By: _____
Stephen R. Light
President and Chief Executive Officer

Xerium Italia S.p.A.

By: _____
Stephen R. Light
Chairman

DS-1

XTI LLC

By: _____
    David Maffucci
    Executive Vice President


Xerium Germany Holding GmbH

By: _____
    David Maffucci
    Managing Director

Huyck.Wangner Austria GmbH

By: _____

David Pretty
Managing Director

# EXHIBIT A

## CORRECTION TO AMENDED AND RESTATED CREDIT FACILITY TERMS
## (EXHIBIT A TO PLAN OF REORGANIZATION)

1.  purchases or acquisitions of inventory, materials and equipment and cap-ex in the ordinary course of business;

2.  any subsidiary of the Company may be merged with or into a Borrower or any other subsidiary, or be liquidated, wound up or dissolved, or all or any part of its business, property or assets may be conveyed, sold, leased, transferred or otherwise disposed of, to a Borrower or any other subsidiary, provided that in the case of a merger involving a Borrower or a Guarantor merging with a non-Guarantor, such Borrower or Guarantor shall be the surviving entity;

3.  sales or dispositions of inventory in the ordinary course of business and sales of other assets for gross consideration of less than US$250,000 with respect to any transaction or series of related transactions;

4.  asset sales, the proceeds of which when aggregated with proceeds of all other asset sales in the same fiscal year are less than US$25 million; provided that (x) such amount shall exclude proceeds of the sale of assets of Huyck Wangner Australia Pty Limited and Huyck Wangner Vietnam Co Ltd (the "Australian and Vietnam Assets") and (y) 75% of the consideration is in cash and the net **cash** proceeds are applied**will be subject** to prepay the Term Loans**the mandatory prepayment provisions set forth in Section 14 above**; provided further that up to US$3 million of such proceeds may be reinvested within 360 days of receipt;

5.  disposals of obsolete, worn out or surplus property;

6.  permitted acquisitions so long as the amount does not exceed US$10 million;

7.  investments permitted under the Term

24

## EXHIBIT B

## CORRECTION TO EXIT FACILITY TERMS
## (EXHIBIT B TO PLAN OF REORGANIZATION)

4. asset sales, the proceeds of which when aggregated with proceeds of all other asset sales in the same fiscal year are less than US$25 million; <u>provided</u> that (x) such amount shall exclude proceeds of the sale of assets of Huyck Wangner Australia Pty Limited and Huyck Wangner Vietnam Co Ltd (the "<u>Australian and Vietnam Assets</u>") and (y) ~~75% of the consideration is in cash and~~ the net **cash** proceeds ~~are applied to prepay the loans outstanding under the Second Lien Term Loan Facility~~**will be subject to the mandatory prepayment provisions set forth in Section 21 above**; <u>provided</u> <u>further</u> that up to US$3 million of such proceeds may be reinvested within 360 days of receipt;

5. disposals of obsolete, worn out or surplus property;

6. permitted acquisitions with no dollar or asset limitation so long as (i) equity of the Company is used as 100% of the consideration in connection therewith or (ii) cash of the Company or any of its subsidiaries is used as all or a portion of the consideration; provided that, in the case of clause (ii), the Company must demonstrate that, on a pro forma basis, the leverage covenant level of the Company is at least 0.5x inside the then applicable Leverage Ratio covenant level; and

7. investments permitted under the Exit Loan Agreement.

(i) No sales by any Borrower, any Guarantor or their subsidiaries of interests in the capital stock of any of the subsidiaries, unless permitted by the Exit Loan Agreement.

(j) No sales and lease backs by any Borrower, any Guarantor or their subsidiaries, unless permitted by the Exit Loan Agreement.

(k) No transactions by any Borrower, any Guarantor or their subsidiaries with shareholders owning more than 5% of any class of stock of the Company or any of its

60

## REVISED EXHIBIT G TO DISCLOSURE STATEMENT

## PROJECTED FINANCIAL INFORMATION

## PROJECTIONS

### A.    Responsibility for and Purpose of the Projections

For the purpose of demonstrating the feasibility of the Plan, the following financial projections for each of the six fiscal years 2010 through 2015 (the "Projections") were prepared by the Debtors, assisted by their professional advisors.  The Projections reflect the Debtors' most recent estimates of consolidated financial position, results of operations and cash flows of Xerium.  Consequently, the Projections reflect the Debtors' assumptions and judgments as to expectations of market and business conditions, expected future operating performance, and the occurrence or nonoccurrence of certain future events, all of which are subject to change, as discussed below.

The Debtors do not, as a matter of course, publish their projections, strategies, or forward-looking projections of the financial position, results of operations, and cash flows. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated projections to the holders of Claims or Equity Interests after the date of the Disclosure Statement, or to include such information in documents required to be filed with the SEC or to otherwise make such information public.  The assumptions disclosed herein are those that the Debtors believe to be significant to the Projections and are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.

The Projections present, to the best of the Debtors' knowledge and belief, the projected financial position, results of operations, and cash flows for the six fiscal years  2010 through 2015 for Xerium and reflect the Debtors' assumptions and judgments as of March 6, 2010.  Although the Debtors are of the opinion that these assumptions are reasonable under current circumstances, such assumptions are subject to inherent uncertainties, including but not limited to, material changes to the economic environment, changes and fluctuations in available foreign exchange rates, supply and demand of key inputs, the competitive environment, the financial health of customers and their industries, and other factors affecting the Debtors' businesses.  The likelihood, and related financial impact, of a change in any of these factors cannot be predicted with certainty.  Consequently, actual financial results could differ materially from the Projections.  The Projections assume the Plan will be implemented in accordance with its stated terms and that consummation of the Plan will occur on or about May 31, 2010.  The Projections should be read in conjunction with the assumptions and qualifications contained herein.

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES ("GAAP") IN THE U.S. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY A REGISTERED INDEPENDENT PUBLIC ACCOUNTING FIRM.

THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH MAY NOT BE REALIZED AND, AS SUCH, ARE SUBJECT

TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES WHICH ARE BEYOND THE CONTROL OF THE DEBTORS. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE PRESENTED IN THE PROJECTIONS. HOLDERS OF CLAIMS OR EQUITY INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS IN MAKING THEIR DETERMINATION OF WHETHER TO ACCEPT OR REJECT THE PLAN.

**B.      General Assumptions**

The Debtors prepared the Projections with the assistance of their professional advisors, including the incorporation of independent economic data and other input from third party sources. The Projections represent, to the best of the Debtors' knowledge and belief, the Debtors' projected financial position, results of operations, and cash flows for each of the six fiscal years 2010 through 2015 and reflect the Debtors' assumptions and judgments considering information known as of March 6, 2010.

1.      **Consolidation**

The Projections are presented in a consolidated manner and include the financial performance of all entities of Xerium. As such, the Projections include the financial position, results of operations, and cash flows of both Debtor and non-Debtor entities.

2.      **Methodology**

The Projections reflect management's current estimate of demand for its products and services as well as the achievability of productivity and cost savings initiatives. The senior management team and business unit managers of Xerium Technologies, Inc. took into account current and projected macroeconomic and microeconomic analyses relevant to the broad paper production industries as well as the Company's own internal estimates of factors that impact supply and demand for Company's products. The Projections were developed using a regional build up by product segment and consolidated at a corporate level where additions and adjustments were made for non-allocatable items and elimination of intercompany sales.

3.      **Tax Structure**

The Projections for Xerium include the estimated impact of U.S. and non-U.S. taxes. Therefore, certain assumptions have been made with respect to regional and local profits and losses. Certain jurisdictions impose restrictions on the current deductibility of interest payments. These restrictions have been factored into the Projections. Actual cash taxes in any year may differ materially based upon varying levels of debt, interest rates, actual results, and income distribution assumptions as well as the final determination of remaining U.S. tax attributes in the chapter 11 emergence case. Income tax estimates were built up by entity for all

forecast periods through December 2010 with a blended tax rate of 40.7% to 40.9% of profit before taxes applied thereafter.

4.   **Plan Consummation Date**

The Projections assume the Plan will be consummated on or about May 31, 2010. Any significant change in the assumed date of the consummation of the Plan will materially impact the Company's ability to achieve the Projections.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## C.  Xerium Pro Forma Emergence Consolidated Balance Sheet

Below is a reconciliation of the pre-emergence consolidated balance sheet to the post-emergence consolidated balance sheet assuming chapter 11 filing on March 31, 2010 and consummation of the Plan on May 31, 2010.

**Xerium Technologies, Inc.**
**Consolidated Balance Sheet**
*(USD Millions)*

| | 5/31/2010 Pre-Closing (a) | Bank Debt (b) | New First Lien Facilities (c) | Transaction Fees (d) | 5/31/2010 Post-Closing |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and Short-Term Investments | $ 51.7 | $ (17.2) | $ - | $ (11.3) | $ 23.2 |
| Restricted Cash | 15.3 | | - | | 15.3 |
| Accounts Receivable | 83.7 | | | | 83.7 |
| Inventories | 83.5 | | | | 83.5 |
| Prepaid Expenses | 5.8 | | | | 5.8 |
| Other Current Assets | 23.0 | (13.2) | | | 9.8 |
| **Total Current Assets** | **263.0** | **(30.4)** | **-** | **(11.3)** | **221.3** |
| Property, Plant, and Equipment, net | 383.1 | | | | 383.1 |
| Investments | 0.7 | | | | 0.7 |
| Goodwill (e) | 70.5 | | | | 70.5 |
| Intangible Assets and Deferred Financing, net | 13.7 | | | 2.5 | 16.2 |
| Other Assets | 6.2 | | | | 6.2 |
| **Total Assets** | **$ 737.2** | **$ (30.4)** | **$ -** | **$ (8.8)** | **$ 698.0** |
| **Liabilities and Stockholder's Equity** | | | | | |
| New Revolver | | | $ - | | $ - |
| Notes Payable (f) | 20.0 | (20.0) | | | - |
| Old Secured Debt (g) | 619.5 | (611.7) | | | 7.8 |
| Accounts Payable | 30.7 | | | | 30.7 |
| Accrued Expenses | 53.4 | (7.2) | | (1.5) | 44.7 |
| **Total Current Liabilities** | **723.5** | **(638.9)** | **-** | **(1.5)** | **83.2** |
| New DIP/First Lien Term Loan | 60.0 | | - | | 60.0 |
| New Long Term Debt | - | 410.0 | | | 410.0 |
| Long-Term Deferred Tax Liability | 14.4 | | | | 14.4 |
| Pension and Post Retirement Benefits | 67.5 | | | | 67.5 |
| Other Liabilities | 10.1 | | | | 10.1 |
| **Total Liabilities** | **875.6** | **(228.9)** | **-** | **(1.5)** | **645.2** |
| **Stockholder's Equity** | | | | | |
| Common Stock Ending Balance | 0.5 | | | | 0.5 |
| Paid In Capital | 224.8 | 211.7 | | | 436.4 |
| Retained Earnings | (356.5) | (13.2) | | (7.3) | (377.0) |
| Accumulated Other Comprehensive Income | (7.1) | | | | (7.1) |
| **Total Stockholder's Equity** | **(138.3)** | **198.5** | **-** | **(7.3)** | **52.8** |
| **Total Liabilities and Stockholder's Equity** | **$ 737.3** | **$ (30.4)** | **$ -** | **$ (8.8)** | **$ 698.0** |

Notes:
(a)  The pre-closing balance sheet reflects unaudited, preliminary results through December 31, 2009 and forecasted results for the five months ending May 31, 2010 with exchange rates as of December 31, 2009; liability accounts include approximately $434 million in Liabilities Subject to Compromise at the Debtor entities, the balance sheet has not been so classified as the forecast assumes court approval for payment of all foreign claims and all vendor claims in the normal course of business.

(b)  Reflects issuance of a new $410 million term loan, related fees to the secured lenders pursuant to the Plan, and payment of March 2010 interest payment; reflects cash payments of $17.2 million, consisting of $10.0 million cash payment to settle secured lender claims and $7.2 million of accrued interest payable at closing; reflects $13.2 million write-off of deferred financing associated with pre-petition secured debt.

(c)  Reflects no draw under the new $20.0 million revolver facility required to maintain a minimum cash balance of $15.0 million; also includes roll-over of $60.0 million Debtor-in-Possession term loan facility with $15.3 million of restricted cash to collateralize Letters of Credit at 103%.

(d)  Includes $7.3 million in success fees, $1.5 million in deferred waiver fees, and $2.5 million in incremental financing fees related to the Debtor-in-Possession and Exit facilities.

(e)  Assumes a goodwill impairment as of December 31, 2009 of $80.0 million (unaudited).

(f)  Notes Payable carried as a current liability, booked in December 2009, for anticipated cash settlement claim paid to secured lenders at closing; $10.0 million funds cash and the remaining $10.0 million will be booked as an increase in equity.

(g)  Assumes all $611.7 million of secured bank debt is replace by new Term Loan A, Term Loan B, and revolver facilities with $7.8 million in the Japanese and Austrian lines of credit remaining as a current liability.

4

# D. Xerium Projected Consolidated Balance Sheets (Unaudited)

Below are management's projections of the consolidated financial positions at December 31 for the fiscal years 2010 through 2015 with unaudited, preliminary results for fiscal year 2009.

**Xerium Technologies, Inc.**
**Consolidated Balance Sheet**
(USD Millions)

| As of December 31: | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash and Short-Term Investments | $ 23.0 | $ 46.0 | $ 55.2 | $ 80.0 | $ 104.5 | $ 134.8 | $ 172.9 |
| Restricted Cash | - | 15.3 | 15.3 | 15.3 | 15.3 | 15.3 | 15.3 |
| Accounts Receivable | 77.2 | 81.8 | 91.7 | 95.1 | 99.5 | 103.8 | 107.9 |
| Inventories | 78.2 | 77.3 | 80.2 | 82.8 | 86.1 | 89.2 | 92.3 |
| Prepaid Expenses | 5.8 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 |
| Other Current Assets | 24.6 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 |
| **Total Current Assets** | **208.8** | **229.8** | **251.8** | **282.6** | **314.7** | **352.5** | **397.8** |
| Property, Plant, and Equipment, net | 385.5 | 374.1 | 360.2 | 345.9 | 330.2 | 314.4 | 298.7 |
| Investments | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| Goodwill | 70.5 | 70.5 | 70.5 | 70.5 | 70.5 | 70.5 | 70.5 |
| Intangible Assets and Deferred Financing, net | 14.5 | 13.5 | 9.7 | 6.1 | 4.9 | 4.5 | 4.5 |
| Other Assets | 6.3 | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 |
| **Total Assets** | **$ 686.3** | **$ 694.9** | **$ 699.1** | **$ 712.0** | **$ 727.2** | **$ 748.8** | **$ 778.4** |
| **Liabilities and Stockholder's Equity** | | | | | | | |
| Consolidated Debt | $ 640.1 | $ 472.4 | $ 459.5 | $ 445.2 | $ 421.3 | $ 392.9 | $ 359.1 |
| Accounts Payable | 32.1 | 35.5 | 36.8 | 38.0 | 39.5 | 40.9 | 42.3 |
| Accrued Expenses | 39.7 | 41.3 | 39.3 | 37.3 | 35.3 | 33.3 | 31.3 |
| **Total Current Liabilities** | **711.9** | **549.2** | **535.6** | **520.4** | **496.0** | **467.1** | **432.7** |
| Long-Term Deferred Tax Liability | 14.9 | 13.8 | 11.5 | 11.9 | 15.5 | 19.9 | 27.6 |
| Pension and Post Retirement Benefits | 68.3 | 66.6 | 66.6 | 66.6 | 66.6 | 66.6 | 66.6 |
| Other Liabilities | 10.0 | 10.4 | 10.4 | 10.4 | 10.4 | 10.4 | 10.4 |
| **Total Liabilities** | **805.2** | **640.0** | **624.2** | **609.4** | **588.6** | **564.0** | **537.4** |
| **Stockholder's Equity** | | | | | | | |
| Common Stock Ending Balance | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Paid In Capital | 221.9 | 437.2 | 439.9 | 442.6 | 445.2 | 447.9 | 450.5 |
| Retained Earnings | (329.9) | (381.7) | (364.2) | (339.2) | (305.9) | (262.4) | (208.8) |
| Accumulated Other Comprehensive Income | (11.3) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) |
| **Total Shareholder's Equity** | **(118.9)** | **54.8** | **74.9** | **102.6** | **138.6** | **184.8** | **241.0** |
| **Total Liabilities and Shareholder's Equity** | **$ 686.4** | **$ 694.9** | **$ 699.1** | **$ 712.0** | **$ 727.2** | **$ 748.8** | **$ 778.4** |

# E. Xerium Projected Consolidated Income Statements (Unaudited)

Below is management's projection of consolidated income for the fiscal years 2010 through 2015 with unaudited, preliminary results for fiscal year 2009.

**Xerium Technologies, Inc.**
**Consolidated Income Statement**
*(USD Millions)*

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| Total Sales | $ 500.1 | $ 559.8 | $ 572.5 | $ 602.1 | $ 634.3 | $ 666.8 | $ 699.1 |
| Cost of Product Sold | (312.6) | (338.3) | (337.7) | (351.7) | (367.8) | (382.9) | (398.2) |
| **Gross Margin** | **187.5** | **221.5** | **234.8** | **250.4** | **266.5** | **283.9** | **300.9** |
| Goodwill Impairment | (80.0) | - | - | - | - | - | - |
| SG&A Expenses | (138.4) | (193.7) | (159.7) | (164.6) | (169.9) | (175.1) | (180.2) |
| **EBIT** | **(30.9)** | **27.8** | **75.1** | **85.8** | **96.6** | **108.8** | **120.7** |
| Depreciation | 39.5 | 42.7 | 42.9 | 43.7 | 44.5 | 44.5 | 44.5 |
| Amortization of Intangibles | 2.3 | 2.3 | 2.3 | 2.3 | - | - | - |
| **EBITDA** | **11.0** | **72.8** | **120.3** | **131.9** | **141.1** | **153.4** | **165.2** |
| Interest Income | 1.2 | 1.6 | 2.4 | 3.1 | 4.1 | 5.3 | 6.8 |
| Interest Expense | (59.2) | (46.4) | (45.4) | (44.1) | (42.0) | (39.4) | (36.3) |
| Amortization of Finance Costs | (5.4) | (16.5) | (1.5) | (1.3) | (1.2) | (0.4) | - |
| Other Income, net | (4.7) | (10.1) | - | - | - | - | - |
| **Profit Before Taxes** | **(99.1)** | **(43.7)** | **30.6** | **43.6** | **57.5** | **74.3** | **91.2** |
| Income Tax Expense | (11.9) | (8.0) | (13.1) | (18.5) | (24.2) | (30.9) | (37.7) |
| **Net Income/(Loss)** | **$ (111.0)** | **$ (51.6)** | **$ 17.4** | **$ 25.1** | **$ 33.3** | **$ 43.5** | **$ 53.5** |

For purposes of comparison, the Company has prepared a schedule that normalizes Earnings before Interest, Taxes, Depreciation, and Amortization ("EBITDA") to exclude the impact of one-time events, including goodwill impairment. Below is management's projection of normalized EBITDA for the fiscal years 2010 through 2015 with EBITDA and adjustment amounts for fiscal year 2009 based on unaudited, preliminary results for fiscal year 2009.

**Xerium Technologies, Inc.**
**Normalized EBITDA**
*(USD Millions)*

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| **EBITDA** | **$ 11.0** | **$ 72.8** | **$ 120.3** | **$ 131.9** | **$ 141.1** | **$ 153.4** | **$ 165.2** |
| Stock Based Compensation | 2.3 | 3.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| IPO Costs, Related Comp & Refi Cost | - | - | - | - | - | - | - |
| Impairment (FAS 142 & 144) | 81.7 | 1.3 | - | - | - | - | - |
| Australian environmental reserve | (3.4) | - | - | - | - | - | - |
| CEO transition costs | - | - | - | - | - | - | - |
| Curtailment/settlement pension gains | - | - | - | - | - | - | - |
| Significant bad debt adjustments | (1.8) | - | - | - | - | - | - |
| Inventory reserve adjustments | (0.4) | - | - | - | - | - | - |
| Reversal of litigation accruals | (2.3) | - | - | - | - | - | - |
| Gain on Asset Sales | (0.8) | - | - | - | - | - | - |
| Operational Restructuring Costs, Net | 2.4 | 12.2 | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 |
| Financial Restructuring Costs | 8.7 | 14.1 | - | - | - | - | - |
| Other Restructuring Costs | - | 7.6 | - | - | - | - | - |
| **Normalized EBITDA** | **$ 97.4** | **$ 111.6** | **$ 126.4** | **$ 138.0** | **$ 147.2** | **$ 159.4** | **$ 171.3** |

## 1. Key Assumptions

### (a) Revenues and Cost of Sales

Management's current long range plan assumes a global rebound in demand for the products and services of Xerium in some, but not all, paper and board segments. Management forecasts that the percentage of total Xerium revenue from Asia and South America will continue to expand through the forecast period while the share of revenue from North America and Europe will continue to decline. With the exception of its Asia division, management has projected a consolidated revenue growth rate that is below the global growth rate projected by RISI for worldwide paper and board volume through 2011 and has used

internal projections to develop growth rates in the latter years. Asia, on the other hand, is expected to grow faster than analysts' projections for that region as the company aggressively expands its sales and service force. The Projections take into account continuing mill curtailments with limited new start-ups, the impact of new technologies and customer behavior that may result in fewer positions and longer lifecycles of rolls and covers, shifting worldwide mix to tissue and specialty grades from newsprint and printing & writing, and greater overall market growth in developing markets in Asia, South America, and Eastern Europe. The Projections from 2010 through 2015 assume a stable foreign exchange rate at those available to the company as of September 30, 2009 when the 2010 budget was prepared.

(b)     Selling, General and Administrative

Consolidated selling, general, and administrative ("SG&A") expenses include, among other things, salaries, wages, commissions, benefits, corporate overhead, incentive plans, rent, leases, marketing activities, and research and development expenses as well as expenses associated with operational restructuring and professional fees related to financial restructuring. SG&A expenses are forecast to increase in 2010 compared with 2009 to support significant operational and financial restructuring activities. SG&A expenses are then forecast to decrease markedly in 2011 as restructuring activities are pared back and the Company begins to realize benefits from productivity and cost reduction initiatives. From 2012 through 2015, annual SG&A expenses are forecast to increase between 2.9% and 3.3%, due to higher sales volumes, an assumed increase in employee costs, and general inflation.

(c)     Goodwill Impairment

The unaudited, preliminary results for 2009 reflect a preliminary non-cash impairment of goodwill in the roll covers segment of $80.0 million. There is no impairment for the Clothing Segment. The impairment estimate is based on an annual test for goodwill impairment which the Company performs at the end of each fiscal year for the rolls segment and the clothing segment. The impairment amount is a preliminary estimate and is unaudited.

The impairment of goodwill was required as a result of the comparison of enterprise value of the rolls business to the assets of that segment of the business excluding goodwill. The combined enterprise value of the rolls and clothing businesses, which were prepared in connection with the evaluation of goodwill, is within the total enterprise value range of the Valuation included in the Disclosure Statement.

Once there is an indication of impairment, accounting rules require that, to the extent that the valuation of the assets and liabilities of the business exceed their book value, goodwill must be written down to reflect the excess of fair value of the assets and liabilities over the book value. The valuation of the assets associated with the rolls business exceeded their book value by approximately $76 million.

Both the enterprise valuation of the rolls segment and the valuation of the assets associated with the rolls business that were prepared for purposes of determining if there is an impairment of goodwill were prepared by independent third parties.

(d)     Depreciation and Amortization

Consolidated depreciation and amortization of intangibles is forecasted to remain relatively constant throughout the projection period as capital spending remains relatively stable and no major sales or acquisitions of business units or product lines are forecasted.

## F.     Xerium Projected Consolidated Statement of Cash Flows (Unaudited)

Below is management's projection of consolidated cash flow for the fiscal years 2010 through 2015 with unaudited, preliminary results for fiscal year 2009.

**Xerium Technologies, Inc.**
**Consolidated Cash Flow Statement**
*(USD Millions)*

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| Net Income/(Loss) | $ (111.0) | $ (51.6) | $ 17.4 | $ 25.1 | $ 33.3 | $ 43.5 | $ 53.5 |
| Goodwill Impairment | 80.0 | - | - | - | - | - | - |
| Depreciation and Amortization | 41.9 | 45.0 | 45.2 | 46.0 | 44.5 | 44.5 | 44.5 |
| Deferred Financing Cost Amortization | 5.4 | 16.5 | 1.5 | 1.3 | 1.2 | 0.4 | - |
| Deferred Taxes | 7.0 | (1.1) | (2.3) | 0.4 | 3.6 | 4.4 | 7.7 |
| Other Liabilities and Prepaid Expenses | 4.2 | 15.1 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| Change in Current Assets and Liabilities | (11.3) | (7.5) | (13.4) | (6.9) | (8.1) | (8.0) | (7.9) |
| **Cash Provided/(Used) By Operations** | **16.1** | **16.4** | **51.1** | **68.6** | **77.2** | **87.5** | **100.6** |
| Capital Expenditures, gross | (19.5) | (32.4) | (29.0) | (29.4) | (28.8) | (28.8) | (28.8) |
| Proceeds from Divestitures and Asset Sales, net | 4.3 | (0.1) | - | - | - | - | - |
| Other Investing Activities | 1.1 | - | - | - | - | - | - |
| **Cash Provided/(Used) By Investing** | **(14.2)** | **(32.5)** | **(29.0)** | **(29.4)** | **(28.8)** | **(28.8)** | **(28.8)** |
| Net Increase/(Decrease) in Revolver | 28.0 | - | - | - | - | - | - |
| Net Increase/(Decrease) in Other Debt | (41.1) | 43.9 | (12.9) | (14.4) | (23.9) | (28.4) | (33.8) |
| Other Financing Activities | (1.5) | (4.7) | (0.0) | 0.0 | 0.0 | 0.0 | - |
| **Cash Provided/(Used) By Financing** | **(14.6)** | **39.2** | **(12.9)** | **(14.4)** | **(23.9)** | **(28.4)** | **(33.8)** |
| Effect of Exchange Rate Changes on Cash Flows | 1.0 | (0.1) | - | - | - | - | - |
| **Net Increase/(Decrease) in Cash** | **(11.7)** | **23.0** | **9.2** | **24.8** | **24.5** | **30.3** | **38.0** |
| Cash and Cash Equivalents at Beginning of Period | 34.7 | 23.0 | 46.0 | 55.2 | 80.0 | 104.5 | 134.8 |
| **Ending Cash and Cash Equivalents** | **$ 23.0** | **$ 46.0** | **$ 55.2** | **$ 80.0** | **$ 104.5** | **$ 134.8** | **$ 172.9** |

1.     **Key Assumptions**

(a)     Working Capital

Management estimates that the Company will continue to see improvement in working capital as a result of its targeted efforts to release "trapped cash" in receivables, inventory, and payables through 2010. The consolidated working capital days assumptions for Accounts Receivable, Inventory, and Accounts Payable remain constant with 2010 levels through the remainder of the projection period as measured against total revenue or cost of sales.

(b)     Capital Expenditures

Between 2010 and 2015, Xerium Technologies, Inc. forecasts consolidated capital expenditures of $177.2 million, primarily for the replacement of aged equipment, to support the normal roll-outs of new products and productivity initiatives, and to enable mix changes in order to be responsive to the marketplace. Capital expenditures in 2010 are also projected to include a limited amount of additional incremental spend resulting from the deferral of select projects from 2009.

(c)      Debt

Management expects that the Debtors will be required to make adequate protection payments in an amount equal to the interest due on the outstanding balances under the Shared Collateral Claims during the pendency of these cases.  The Projections assume a new $410 million term loan will replace all existing Term B secured debt and the Prepetition Revolver along with a $80 million DIP Facility which will roll into the Exit Facility on the Plan confirmation date of May 31, 2010.

The Projections also assume that all restructuring transactions occur on May 31, 2010 with accrued interest paid to lenders as required and future amortization, debt balances, and interest payments paid per the terms of the Amended and Restated Credit Facility and/or Exit Facility using base interest rates available as of February 24, 2010.

See Section IV(C)(1) of the Disclosure Statement, entitled "Exit Facility" for a full description of the Exit Facility.

**REVISED EXHIBIT H TO DISCLOSURE STATEMENT**

**LIQUIDATION ANALYSIS**

## Liquidation Analysis

### A. Introduction

Under the "best interests" of creditors test set forth in section 1129(a)(7) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), the Bankruptcy Court may not confirm a plan of reorganization unless the plan provides each holder of a claim or equity interest with property of a value, as of the effective date of the plan, that is not less than the amount that such holder would receive or retain if the debtor was liquidated under chapter 7 of the Bankruptcy Code on the effective date. To demonstrate that the Debtors'[1] joint prepackaged plan of reorganization (the "Plan") satisfies the "best interests" of creditors test, the Debtors have prepared the following hypothetical Liquidation Analysis, which is based upon certain assumptions discussed in the Disclosure Statement and in the notes accompanying the Liquidation Analysis (the "Notes"). Capitalized terms not defined in the Notes shall have the meanings ascribed to them in the Plan and the Disclosure Statement.

The Liquidation Analysis estimates potential Cash distributions to holders of Allowed Claims and Equity Interests in a hypothetical chapter 7 liquidation of the Debtors' assets. Asset values discussed in the Liquidation Analysis may differ materially from values referred to in the Plan and Disclosure Statement. The Debtors prepared the Liquidation Analysis with the assistance of their advisors.

### B. Scope, Intent and Purpose of the Liquidation Analysis

The determination of the costs of, and hypothetical proceeds from, the liquidation of the Debtors' assets is an uncertain process involving the extensive use of estimates and assumptions that, although considered reasonable by the Debtors, are inherently subject to significant business, economic and competitive uncertainties and contingencies beyond the control of the Debtors, their management and their advisors. Inevitably, some assumptions in the Liquidation Analysis would not materialize in an actual chapter 7 liquidation, and unanticipated events and circumstances could affect the ultimate results in an actual chapter 7 liquidation. The Liquidation Analysis was prepared for the sole purpose of generating a reasonable good-faith estimate of the proceeds that would be generated if the Debtors were liquidated in accordance with chapter 7 of the Bankruptcy Code. The Liquidation Analysis is not intended and should not be used for any other purpose. The underlying financial information in the Liquidation Analysis was not compiled or examined by any independent accountants. No independent appraisals were conducted in preparing the Liquidation Analysis. NEITHER THE DEBTORS NOR THEIR ADVISORS MAKE ANY REPRESENTATION OR WARRANTY THAT THE ACTUAL RESULTS WOULD OR WOULD NOT APPROXIMATE THE ESTIMATES AND ASSUMPTIONS REPRESENTED IN THE LIQUIDATION ANALYSIS. ACTUAL RESULTS COULD VARY MATERIALLY.

---

[1] The Debtors include: Xerium Technologies, Inc.; Huyck Licensco Inc.; Stowe Woodward Licensco LLC; Stowe Woodward LLC; Wangner Itelpa I LLC; Wangner Itelpa II LLC; Weavexx, LLC; Xerium Asia, LLC; Xerium III (US) Limited; Xerium IV (US) Limited; Xerium V; XTI LLC; Xerium Canada Inc.; Huyck.Wangner Austria GmbH; Xerium Germany Holding GmbH; and Xerium Italia S.p.A.

In preparing the Liquidation Analysis, the Debtors estimated Allowed Claims based upon a review of Claims reflected on the Debtors' books and records to date. In addition, the Liquidation Analysis includes estimates for Claims that could be asserted and Allowed in a chapter 7 liquidation, including Administrative Expense Claims, wind-down costs and trustee fees. For purposes of the Liquidation Analysis, the Debtors' estimates of Allowed Claims contained in the Liquidation Analysis references specific Claims estimates, even though the Debtors' estimates of ranges of projected recoveries under the Plan to holders of Allowed Claims and Equity Interests are based on ranges of Allowed Claims and Equity Interests. Therefore, the Debtors' estimate of Allowed Claims set forth in the Liquidation Analysis should not be relied on for any other purpose, including determining the value of any distribution to be made on account of Allowed Claims and Equity Interests under the Plan. NOTHING CONTAINED IN THE LIQUIDATION ANALYSIS IS INTENDED TO BE OR CONSTITUTES A CONCESSION OR ADMISSION OF THE DEBTORS. THE ACTUAL AMOUNT OF ALLOWED CLAIMS IN THE REORGANIZATION CASES COULD MATERIALLY DIFFER FROM THE ESTIMATED AMOUNTS SET FORTH IN THE LIQUIDATION ANALYSIS.

### C.    Global Notes to the Liquidation Analysis

#### 1.    Liquidation Date and Appointment of Chapter 7 Trustee

The Liquidation Analysis assumes that the Debtors commence a chapter 7 liquidation on May 30, 2010 (the "Liquidation Date"). On the Liquidation Date, it is assumed that the Bankruptcy Court would appoint one chapter 7 trustee (the "Trustee") to oversee the liquidation of the Debtors' estates (the "Estates"). Should multiple Trustees be appointed to administer the Estates, lower recoveries and higher administrative costs could result and distributions to creditors could be delayed.

#### 2.    Liquidation of the Debtors

The Liquidation Analysis assumes the Debtors' liquidation begins on the Liquidation Date and continues for a period of approximately twelve months. During such liquidation period, the Debtors' assets would be sold and the cash proceeds, net of liquidation-related costs, would then be distributed to holders of Allowed Claims or Equity Interests.

#### 3.    Value of Debtors' Assets

Unless otherwise stated herein, the book values of the Debtors' assets used in the Liquidation Analysis are the un-audited net book values for each of the Debtors as of December 31, 2009, and are assumed to be a proxy for the Debtors' assets as of the Liquidation Date.

#### 4.    Liquidation Analysis Waterfall and Recovery Ranges

The Liquidation Analysis assumes that the proceeds generated from the Debtors' assets will be available to the Trustee (the "Liquidation Proceeds"). The trustee then would use the Liquidation Proceeds to satisfy the costs and expenses of the liquidation, including wind-down costs including, to the extent required, costs related to local insolvency proceedings for non-US Debtors, and the Trustee fees. For purposes of this analysis, secured lenders are

assumed to provide a carve-out for liquidation expenses. Any remaining net Liquidation Proceeds would then be allocated to holders of Claims and Equity Interests in accordance with the priorities set forth in section 726 of the Bankruptcy Code. The Liquidation Analysis provides for high and low recovery percentages for Claims and Equity Interests upon the Trustee's application of the Liquidation Proceeds. The high and low recovery ranges reflect a high and low range of estimated Liquidation Proceeds from the Trustee's sale of the Debtors' assets.

5. **Liquidation of Non-Debtor Affiliates**

Affiliates of the Debtors ("Non-Debtor Affiliates") are assumed to be liquidated in applicable insolvency proceedings concurrent with the liquidation of the Debtors. The methodologies and assumptions utilized in the non-debtor liquidation analyses are generally consistent with the methodologies and assumptions utilized for the Debtors' Liquidation Analysis. Net proceeds from the liquidation of the Non-Debtor Affiliates are distributed, first, to satisfy any guarantees of the Debtors' secured debt, then to unsecured claims, and finally, to the extent of any excess proceeds, to equity interest holders, including Debtors.

6. **Liquidation of U.S. Debtors**

For purposes of this analysis, the U.S. Debtors are presented in a consolidated schedule. The asset proceeds and claims recoveries presented in the consolidated schedule, however, are based upon entity-level liquidations.

7. **Factors Considered in Valuing Hypothetical Liquidation Proceeds**

Certain factors may limit the amount of the Liquidation Proceeds available to the Trustee. Certain of these factors are discussed in further detail below. In addition, it is possible that distribution of the Liquidation Proceeds would be delayed while the Trustee and his or her professionals become knowledgeable about the Reorganization Cases and the Debtors' business and operations. This delay could materially reduce the value, on a "present value" basis, of the Liquidation Proceeds.

*(Dollars in Thousands)*

| Debtor | Notes | NBV | Recovery High | Recovery Low | Value Available For Distribution High | Value Available For Distribution Low |
|---|---|---|---|---|---|---|
| **U.S. Debtors - Consolidated\*** | | | | | | |
| Cash | 1 | $ 44,285 | 100.0% | 100.0% | $ 44,285 | $ 44,285 |
| Accounts receivable - gross | 2 | 17,880 | 89.9% | 80.1% | 16,082 | 14,327 |
| Intercompany receivables | 3 | 105,074 | 0.0% | 0.0% | 22 | 14 |
| Inventories - gross | 4 | 18,750 | 47.0% | 37.0% | 8,819 | 6,944 |
| Prepaid expenses | 5 | 2,190 | 10.0% | 0.0% | 219 | - |
| Other current assets | 5 | 10,946 | 10.0% | 0.0% | 1,095 | - |
| Property, plant & equipment - net | 6 | 80,290 | 36.3% | 30.4% | 29,170 | 24,370 |
| Investments - net | 7 | 1,572,804 | 0.1% | 0.1% | 2,224 | 1,165 |
| Intangible assets - net | 8 | 23,904 | 0.0% | 0.0% | - | - |
| **Gross liquidation proceeds** | | **$ 1,876,123** | **5.4%** | **4.9%** | **$ 101,916** | **$ 91,104** |
| Less: liquidation expenses | | | | | | |
| Wind-down costs | 9 | | | | (20,450) | (21,473) |
| Professional fees | 10 | | | | (2,414) | (2,598) |
| Trustee fees | 11 | | | | (2,991) | (2,698) |
| Total liquidation expenses | | | | | (25,855) | (26,769) |
| % of gross liquidation proceeds | | | | | 25% | 29% |
| **Net proceeds available for distribution:** | | | | | **$ 76,060** | **$ 64,335** |

| Estimated superpriority administrative claims: | Notes | Amount | Recovery High | Recovery Low | Paydown From Net Asset Proceeds High | Paydown From Net Asset Proceeds Low |
|---|---|---|---|---|---|---|
| | 12 | | | | | |
| DIP Professional Fees Carve Out | | $ 3,000 | 100.0% | 100.0% | $ (3,000) | $ (3,000) |
| DIP Credit Facility & Accrued Interest | | 60,336 | 100.0% | 100.0% | (60,336) | (60,336) |
| | | $ 63,336 | 100.0% | 100.0% | $ (63,336) | $ (63,336) |
| **Net proceeds available for creditors:** | | | | | **$ 12,724** | **$ 999** |

| Secured equipment financing and leases: | Notes | | Recovery High | Recovery Low | | |
|---|---|---|---|---|---|---|
| | 15 | | | | | |
| Secured equipment financing and leases | | $ 175 | 100.0% | 100.0% | $ (175) | $ (175) |
| **Net proceeds available for secured creditors:** | | | | | **$ 12,549** | **$ 824** |

| Secured credit facility claims: | Notes | | Recovery High | Recovery Low | | |
|---|---|---|---|---|---|---|
| | 15 | | | | | |
| Revolving Credit Facility | | $ 28,100 | 1.2% | 0.1% | $ (327) | $ (19) |
| Term B - XTI | | 299,494 | 1.2% | 0.1% | (3,483) | (207) |
| Term B - XTI LLC | | 64,423 | 0.0% | 0.0% | (2) | - |
| Debt Guaranteed by U.S. Entities (gross to all Debtors) | | 590,907 | 1.5% | 0.1% | (8,668) | (594) |
| | | $ 982,923 | 1.3% | 0.1% | $ (12,480) | $ (820) |
| **Proceeds from guarantees & equalization payments** | | | | | | |
| Distributions from guarantors | 13 | | | | $ - | $ - |
| Equalization proceeds / (payments) | 14 | | | | 106,123 | 65,829 |
| | | | | | $ 106,123 | $ 65,829 |

| Secured credit facility claims (post guarantees & equalization): | Notes | | Recovery High | Recovery Low | Cummulative Paydown High | Cummulative Paydown Low |
|---|---|---|---|---|---|---|
| | 15 | | | | | |
| Revolving Credit Facility | | $ 28,100 | 29.6% | 16.9% | $ (8,304) | $ (4,755) |
| Term B - XTI | | 299,494 | 29.6% | 16.9% | (88,505) | (50,676) |
| Term B - XTI LLC | | 64,423 | 29.6% | 16.9% | (19,038) | (10,901) |
| Debt Guaranteed by U.S. Entities (net to Non-U.S. Debtors) | | 202,702 | 1.4% | 0.2% | (2,756) | (317) |
| | | $ 594,718 | 19.9% | 11.2% | $ (118,604) | $ (66,649) |

| Secured swap claims: | Notes | | Recovery High | Recovery Low | | |
|---|---|---|---|---|---|---|
| | 15 | | | | | |
| ML Secured Swap USD - XTI | | $ 5,946 | 1.2% | 0.1% | $ (69) | $ (4) |
| ML Secured Swap EUR - XTI LLC | | 852 | 0.0% | 0.0% | (0) | - |
| | | $ 6,798 | 1.0% | 0.1% | $ (69) | $ (4) |
| **Net proceeds available for priority & unsecured claims:** | | | | | **$ -** | **$ -** |

**\* Includes U.S. Debtors, comprising Xerium Technologies Inc.,  XTI LLC, Huyck Licensco Inc., Stowe Woodward Licensco LLC, Stowe Woodward LLC, Wangner Itelpa I LLC, Wangner Itelpa II LLC, Weavexx, LLC, Xerium Asia, LLC, Xerium III (US) Limited, Xerium IV (US) Limited,  and Xerium V (US) Limited.  Claim recoveries are based upon entity-specific claims and proceeds.**

*(Dollars in Thousands)*

| Debtor | Notes | NBV | Recovery High | Recovery Low | Value Available For Distribution High | Value Available For Distribution Low |
|---|---|---|---|---|---|---|
| ***Xerium Germany Holding Gmbh*** | | | | | | |
| Cash | 1 | $      - | - | - | $      - | $      - |
| Accounts receivable - gross | 2 | - | - | - | - | - |
| Intercompany receivables | 3 | 25,571 | 26.2% | 10.0% | 6,692 | 2,557 |
| Inventories - gross | 4 | - | - | - | - | - |
| Prepaid expenses | 5 | 169 | 10.0% | 0.0% | 17 | - |
| Other current assets | 5 | 1,999 | 10.0% | 0.0% | 200 | - |
| Property, plant & equipment - net | 6 | - | - | - | - | - |
| Investments - net | 7 | 414,451 | 0.3% | 0.0% | 1,277 | - |
| Intangible assets - net | 8 | - | - | - | - | - |
| **Gross liquidation proceeds** | | **$  442,191** | **1.9%** | **0.6%** | **$  8,186** | **$  2,557** |
| Less: liquidation expenses | | | | | | |
| Wind-down costs | 9 | | | | (1,572) | (1,651) |
| Professional fees | 10 | | | | (225) | (108) |
| Trustee fees | 11 | | | | (207) | (77) |
| Total liquidation expenses | | | | | (2,004) | (1,835) |
| % of gross liquidation proceeds | | | | | 24% | 72% |
| **Net proceeds available for creditors** | | | | | **$  6,182** | **$  722** |

| Secured credit facility claims | 15 | Amount | Recovery High | Recovery Low | Paydown From Net Asset Proceeds | |
|---|---|---|---|---|---|---|
| Term B - Xerium Germany | | $  85,317 | 3.0% | 0.4% | $  (2,569) | $  (300) |
| Debt Guaranteed by Xerium Germany Holding Gmbh | | 119,954 | 3.0% | 0.4% | (3,612) | (422) |
| | | $  205,271 | 3.0% | 0.4% | $  (6,182) | $  (722) |
| **Proceeds from guarantees & equalization payments** | | | | | | |
| Distributions from guarantors | 13 | | | | 152,270 | 94,778 |
| Equalization proceeds / (payments) | 14 | | | | (40,645) | (24,215) |
| | | | | | $  111,625 | $  70,562 |

| Secured credit facility claims (post guarantees & equalization) | 15 | | Recovery High | Recovery Low | Cummulative Paydown | |
|---|---|---|---|---|---|---|
| Term B - Xerium Germany | | $  85,317 | 29.6% | 16.9% | $  (25,213) | $  (14,436) |
| Debt Guaranteed by Xerium Germany Holding Gmbh | | 119,954 | 77.2% | 47.4% | (92,594) | (56,848) |
| | | $  205,271 | 57.4% | 34.7% | $  (117,807) | $  (71,284) |
| **Proceeds available for priority & general unsecured claims** | | | | | **$      -** | **$      -** |

*(Dollars in Thousands)*

| Debtor | Notes | NBV | Recovery High | Low | Value Available For Distribution High | Low |
|---|---|---|---|---|---|---|
| **Xerium Italia SpA** | | | | | | |
| Cash | 1 | $ - | - | - | $ - | $ - |
| Accounts receivable - gross | 2 | - | - | - | - | - |
| Intercompany receivables | 3 | - | - | - | - | - |
| Inventories - gross | 4 | - | - | - | - | - |
| Prepaid expenses | 5 | - | - | - | - | - |
| Other current assets | 5 | 698 | 10.0% | 0.0% | 70 | - |
| Property, plant & equipment - net | 6 | - | - | - | - | - |
| Investments - net | 7 | 104,834 | 9.0% | 1.9% | 9,394 | 1,979 |
| Intangible assets - net | 8 | 1,968 | 0.0% | 0.0% | - | - |
| **Gross liquidation proceeds** | | **$ 107,500** | **8.8%** | **1.8%** | **$ 9,464** | **$ 1,979** |
| Less: liquidation expenses | | | | | | |
| Wind-down costs | 9 | | | | - | - |
| Professional fees | 10 | | | | (2) | - |
| Trustee fees | 11 | | | | (2) | - |
| Total liquidation expenses | | | | | (4) | - |
| % of gross liquidation proceeds | | | | | 0% | 0% |
| **Net proceeds available for creditors** | | | | | **$ 9,460** | **$ 1,979** |

| Secured credit facility claims | 15 | Amount | Recovery High | Low | Paydown From Net Asset Proceeds | |
|---|---|---|---|---|---|---|
| Term B - Xerium Italia | | $ 27,080 | 4.6% | 1.0% | $ (1,256) | $ (263) |
| Debt Guaranteed by Xerium Italia SpA | | 176,879 | 4.6% | 1.0% | (8,204) | (1,716) |
| | | $ 203,958 | 4.6% | 1.0% | $ (9,460) | $ (1,979) |

| Proceeds from guarantees & equalization payments | | | | | | |
|---|---|---|---|---|---|---|
| Distributions from guarantors | 13 | | | | 148,758 | 94,193 |
| Equalization proceeds / (payments) | 14 | | | | (13,004) | (7,775) |
| | | | | | $ 135,754 | $ 86,419 |

| Secured credit facility claims (post guarantees & equalization) | 15 | Amount | High | Low | Cummulative Paydown | |
|---|---|---|---|---|---|---|
| Term B - Xerium Italia | | $ 27,080 | 29.6% | 16.9% | $ (8,003) | $ (4,582) |
| Debt Guaranteed by Xerium Italia SpA | | 176,879 | 77.6% | 47.4% | (137,211) | (83,816) |
| | | $ 203,958 | 71.2% | 43.3% | $ (145,214) | $ (88,398) |

| **Proceeds available for priority & general unsecured claims** | | | | | **$ -** | **$ -** |
|---|---|---|---|---|---|---|

*(Dollars in Thousands)*

| Debtor | Notes | NBV | Recovery High | Recovery Low | Value Available For Distribution High | Value Available For Distribution Low |
|---|---|---|---|---|---|---|
| **Huyck Wangner Austria GmbH** | | | | | | |
| Cash | 1 | $ 292 | 100.0% | 100.0% | $ 292 | $ 292 |
| Accounts receivable - gross | 2 | 13,737 | 88.5% | 78.8% | 12,155 | 10,830 |
| Intercompany receivables | 3 | 1,657 | 0.0% | 0.0% | - | - |
| Inventories - gross | 4 | 18,313 | 46.2% | 36.2% | 8,469 | 6,638 |
| Prepaid expenses | 5 | 755 | 10.0% | 0.0% | 76 | - |
| Other current assets | 5 | 913 | 10.0% | 0.0% | 91 | - |
| Property, plant & equipment - net | 6 | 40,637 | 48.4% | 34.2% | 19,686 | 13,903 |
| Investments - net | 7 | 46,754 | 0.0% | 0.0% | - | - |
| Intangible assets - net | 8 | 36,350 | 0.0% | 0.0% | - | - |
| **Gross liquidation proceeds** | | **$ 159,409** | **25.6%** | **19.9%** | **$ 40,770** | **$ 31,663** |
| Less: liquidation expenses | | | | | | |
| Wind-down costs | 9 | | | | (15,117) | (15,873) |
| Professional fees | 10 | | | | (1,327) | (1,336) |
| Trustee fees | 11 | | | | (1,223) | (950) |
| Total liquidation expenses | | | | | (17,667) | (18,159) |
| % of gross liquidation proceeds | | | | | 43% | 57% |
| **Net proceeds available for creditors** | | | | | **$ 23,103** | **$ 13,504** |

| Secured credit facility claims | 15 | Amount | Recovery High | Recovery Low | Paydown From Net Asset Proceeds | |
|---|---|---|---|---|---|---|
| Term B - HW Austria | | $ 38,762 | 11.2% | 6.5% | $ (4,326) | $ (2,528) |
| Debt Guaranteed by HW Austria | | 168,266 | 11.2% | 6.5% | (18,777) | (10,976) |
| | | $ 207,028 | 11.2% | 6.5% | $ (23,103) | $ (13,504) |
| **Proceeds from guarantees & equalization payments** | | | | | | |
| Distributions from guarantors | 13 | | | | 140,672 | 89,988 |
| Equalization proceeds / (payments) | 14 | | | | (19,209) | (12,278) |
| | | | | | $ 121,463 | $ 77,710 |

| Secured credit facility claims (post guarantees & equalization) | 15 | | Recovery High | Recovery Low | Cummulative Paydown | |
|---|---|---|---|---|---|---|
| Term B - HW Austria | | $ 38,762 | 29.6% | 16.9% | $ (11,455) | $ (6,559) |
| Debt Guaranteed by HW Austria | | 168,266 | 79.1% | 50.3% | (133,111) | (84,656) |
| | | $ 207,028 | 69.8% | 44.1% | $ (144,566) | $ (91,214) |
| **Proceeds available for priority & general unsecured claims** | | | | | **$ -** | **$ -** |

| Debtor | Notes | NBV | Recovery High | Recovery Low | Value Available For Distribution High | Value Available For Distribution Low |
|---|---|---|---|---|---|---|
| **Xerium Canada Inc.** | | | | | | |
| Cash | 1 | $    915 | 100.0% | 100.0% | $    915 | $    915 |
| Accounts receivable - gross | 2 | 6,286 | 79.3% | 70.0% | 4,988 | 4,403 |
| Intercompany receivables | 3 | 4,142 | 0.0% | 0.0% | - | - |
| Inventories - gross | 4 | 8,362 | 44.0% | 34.0% | 3,682 | 2,846 |
| Prepaid expenses | 5 | 159 | 10.0% | 0.0% | 16 | - |
| Other current assets | 5 | 1,580 | 10.0% | 0.0% | 158 | - |
| Property, plant & equipment - net | 6 | 35,640 | 59.5% | 41.7% | 21,209 | 14,856 |
| Investments - net | 7 | - | - | - | - | - |
| Intangible assets - net | 8 | 1,625 | 0.0% | 0.0% | - | - |
| **Gross liquidation proceeds** | | $    58,709 | 52.7% | 39.2% | $    30,967 | $    23,020 |
| Less: liquidation expenses | | | | | | |
| Wind-down costs | 9 | | | | (5,708) | (5,993) |
| Professional fees | 10 | | | | (1,008) | (971) |
| Trustee fees | 11 | | | | (929) | (691) |
| Total liquidation expenses | | | | | (7,644) | (7,655) |
| % of gross liquidation proceeds | | | | | 25% | 33% |
| **Net proceeds available for creditors** | | | | | $    23,323 | $    15,365 |

| Secured credit facility claims | 15 | Amount | Recovery High | Recovery Low | Paydown From Net Asset Proceeds High | Paydown From Net Asset Proceeds Low |
|---|---|---|---|---|---|---|
| Term B - Xerium Canada | | $    67,146 | 11.1% | 7.3% | $    (7,452) | $    (4,909) |
| Debt Guaranteed by Xerium Canada | | 143,008 | 11.1% | 7.3% | (15,871) | (10,456) |
| | | $    210,154 | 11.1% | 7.3% | $    (23,323) | $    (15,365) |
| **Proceeds from guarantees & equalization payments** | | | | | | |
| Distributions from guarantors | 13 | | | | 142,894 | 90,201 |
| Equalization proceeds / (payments) | 14 | | | | (33,265) | (21,562) |
| | | | | | $    109,629 | $    68,640 |

| Secured credit facility claims (post guarantees & equalization) | 15 | | Recovery High | Recovery Low | Cummulative Paydown High | Cummulative Paydown Low |
|---|---|---|---|---|---|---|
| Term B - Xerium Canada | | $    67,146 | 29.6% | 16.9% | $    (19,843) | $    (11,362) |
| Debt Guaranteed by Xerium Canada | | 143,008 | 79.1% | 50.8% | (113,109) | (72,643) |
| | | $    210,154 | 63.3% | 40.0% | $    (132,952) | $    (84,005) |
| **Proceeds available for priority & general unsecured claims** | | | | | $    - | $    - |

The numerical designation for a particular line item in the "notes" column of the Liquidation Analysis corresponds to a specific note below.

1        Cash and Cash Equivalents

Cash and cash equivalents include estimated cash in deposit and disbursement accounts held at May 30, 2010.  The Liquidation Analysis assumes that additional cash available for distribution would only be generated by the disposition of assets.  It is assumed that cash held in the accounts of the Company is fully available.

2.        Accounts Receivable

Trade accounts receivable represent amounts owed to the Debtors by the Debtors' customers.  Based upon a review of the aging of customer accounts, gross accounts receivable is estimated to have a recovery rate between 70.0% and 90.0%.  Other accounts receivable relating to accrued rebates and miscellaneous receivables is estimated to have a recovery rate between 40.0% and 50.0%.

3.    Intercompany Receivables

Intercompany receivables represent amounts owed to the Debtors by both Debtor and Non-Debtor Affiliates.  Recovery rates were estimated by reviewing the individual affiliates' ability to satisfy unsecured claims in a liquidation scenario.  Based upon this review, the estimated recovery is assumed to be 0.0% with the exception of Xerium Germany, for which the recovery rate is estimated to be between 10.0% and 26.2%.

4.    Inventory

Inventories include raw materials, work-in-process inventory, and finished rolls and roll covers.  The Liquidation Analysis assumes that the Trustee would continue to operate manufacturing operations to convert a portion of work-in-process inventory into finished goods for sale.  Based upon a review of the components of inventory, the estimated recovery is assumed to be between 34.0% and 47.0%.

5.    Prepaid Expenses and Other Current Assets

Prepaid expenses and other current assets primarily include prepaid insurance, prepaid rent and deposits, other prepaid assets, deferred tax and other miscellaneous assets.  Recovery estimates for these assets are based upon factors such as the nature of the asset, its potential use during the liquidation period, and the Debtors' ability to recover value.  The aggregate estimated recovery for prepaid and other current assets is assumed to be between 0.0% and 10.0%.

6.    Property and Equipment

Property and equipment primarily consists of land, buildings, machinery and equipment, furniture and fixtures and leasehold improvements.  Estimated recovery values are based on appraisals of fair market values as of December 31, 2009, adjusted for liquidation assumptions.  The aggregate estimated recovery on property and equipment is assumed to be 41.7% to 59.5% for Xerium Canada, 34.2% to 48.4% for Xerium Austria, and 30.4% and 36.3% for U.S. Debtors.

7.    Investment in Subsidiaries

Investment in subsidiaries consists of equity investments in the Non-Debtor Affiliates.  The respective recovery estimates are based on parallel liquidation analyses of the Non-Debtor Affiliates assuming they would be liquidated through applicable insolvency proceedings.  The estimated recovery values reflect any proceeds in excess of secured and unsecured claims.

8.    Intangible Assets

Intangible assets consist of goodwill, patents, licenses, trademarks, and trade names.  For the Debtors, only goodwill has book value as of December 31, 2009.  Goodwill and other intangible assets are estimated to have no value in a chapter 7 liquidation.

9. Wind-Down Costs

The Debtors estimate that liquidating and completely winding down their operations will take approximately twelve months. The Debtors anticipate that they would incur certain costs in connection with the wind-down of their operations. Such costs include wages benefits and severance for employed personnel, rent and utilities for critical facilities, and other overhead and administrative expenses necessary to maintain critical operations and liquidate assets during the wind down period.

10. Professional Fees

Professional fees include the fees and expenses incurred by any attorneys, accountants, investment bankers, and other professionals retained by the Trustee, the Debtors, the Debtors' secured lenders, and any official committee of unsecured creditors that may be formed during the liquidation period.

11. Trustee Fees

It is assumed that the Trustee fees are paid by the Debtors in accordance with section 326 of the Bankruptcy Code. Trustee fees are estimated based upon historical experience in other similar cases and are calculated to be 3% of the asset recovery value.

12. Super-priority Administrative Claims

Total obligations under the DIP Facility held by the U.S. Debtors and related accrued interest is estimated to be $60.3 million at May 30, 2010. The carve-out at May 30, 2010 is estimated to be $3 million, which includes estimated unpaid professional fees. The DIP Facility Claim and the carve-out for accrued and unpaid professional fees from the chapter 11 estates are assumed to be paid after the liquidation costs of the chapter 7 estates, with the carve-out assumed paid in its entirety first and the DIP Facility Claim paid subsequently.

13. Distributions from Guarantors

Distributions from guarantors represent proceeds received from both Debtor guarantors[2] and Non-Debtor Guarantors[3] of the Term B senior secured debt.

---

[2] Xerium Technologies, Inc., XTI LLC, Huyck Licensco Inc., Stowe Woodward Licensco LLC, Stowe Woodward LLC, Wangner Itelpa I LLC, Wangner Itelpa II LLC, Weavexx, LLC, Xerium Asia, LLC, Xerium III (US) Limited, Xerium IV (US) Limited, Xerium V (US) Limited, Xerium Germany Holding GmbH, Xerium Italia S.p.A, Huyck.Wangner Austria GmbH, and Xerium Canada Inc.

[3] Huyck Wangner Australia Pty Ltd; Xerium do Brasil Ltda; Xerium Technologies Brasil Indústria e Comércio SA; Wangner Itelpa Participacoes Ltda; Stowe Woodward France SAS; Xerium (France) SAS; Huyck Wangner Japan Ltd; Stowe Woodward Mexico SA de CV; TIAG Transworld Interweaving GmbH; Huyck Wangner UK Limited; Stowe Woodward (UK) Limited; Xerium Technologies Limited; Huyck Wangner Scandinavia AB; Stowe Woodward Sweden AB; Huyck Wangner Vietnam Co Ltd; Huyck Wangner Germany GmbH; Stowe Woodward AG; and Robec Walzen GmbH.

14.    Equalization Proceeds / Payments

In accordance with the ratable sharing provisions of the Credit Facility, the lenders share proceeds of the collateral of all Debtors equally such that the recovery rates in a liquidation would be equal across tranches.  The equalization proceeds / payments represent the reallocation of proceeds in accordance with this provision of the Credit Facility.

15.    Secured Claims

Secured Claims consist of claims under equipment financing and leases, claims under the Credit Facility, the Deferred Waiver Claim, the debt guarantee Claims, and the Secured Swap Termination Claims at Xerium and XTI.  No proceeds in excess of the Secured Claims are estimated to be available for further distribution.