# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re : Chapter 11

XERIUM TECHNOLOGIES, INC., : Case No. 10-11031 (KJC)

Debtor. :

---------------------------------------------------------------x

## NOTICE OF FILING OF LIST OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that Xerium Technologies, Inc., the above-captioned debtor and debtor in possession, has today filed the attached **List of Equity Security Holders** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

Dated: April 5, 2010
       Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John J. Rapisardi
Sharon J. Richardson
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Proposed Co-Attorneys for Debtors
and Debtors in Possession

RLF1 3557003v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re : Chapter 11

XERIUM TECHNOLOGIES, INC., : Case No. 10-11031 (KJC)

Debtor. :

------------------------------------------------------------------ x

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.[1]

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| APAX WW NOMINEES LTD<br>C/O APAX PARTNERS UK LTD<br>FAO DAWOOD KHAN<br>33 JERMYN STREET<br>LONDON SW1Y 6DN UK | Common Shares | 24,963,243.529 |
| CHARLES SCHWAB & CO INC.<br>ATTN: PROXY DEPARTMENT - RONNIE FUIAVA<br>211 MAIN STREET<br>SAN FRANCISCO, CA 94105 | Common Shares | 2,154,633.000 |
| TD AMERITRADE CLEARING, INC.<br>ATTN: ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | Common Shares | 2,130,418.000 |
| STATE STREET BANK AND TRUST COMPANY<br>ATTN: PAUL DESHARNAIS<br>1776 HERITAGE DR.<br>NORTH QUINCY, MA 02171 | Common Shares | 1,722,699.000 |

---

[1] The names, addresses, and all other personally identifiable information related to the Debtor's current or former employees with addresses outside of the United States have been omitted from this list.

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| ETRADE CLEARING LLC<br>ATTN: BRIAN LEMARGIE<br>10951 WHITE ROCK ROAD<br>RANCHO CORDOVA, CA 95670 | Common Shares | 1,605,117.000 |
| KURTZ HOLDING GMBH<br>FAO ANDREAS KURTZ<br>DER SCHOENE WEG 84 72766<br>REUTLINGEN GERMANY | Common Shares | 1,353,603.000 |
| NATIONAL FINANCIAL SERVICES LLC<br>ATTN: LOU TREZZA<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 | Common Shares | 1,125,784.000 |
| CITIGROUP GLOBAL MARKETS #418<br>ATTN: PAT HALLER<br>111 WALL ST<br>NEW YORK, NY 10005 | Common Shares | 958,791.000 |
| UBS FINANCIAL SERVICES INC.<br>ATTN: JANE FLOOD<br>1200 HARBOR BLVD<br>WEEHAWKEN, NJ 07086 | Common Shares | 821,308.000 |
| PERSHING LLC<br>ATTN: AL HERNANDEZ<br>SECURITIES CORPORATION<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ 07399 | Common Shares | 798,402.000 |
| STEPHEN R LIGHT<br>5324 WYNNEFORD WAY<br>RALEIGH, NC 27614 | Common Shares | 795,280.000 |
| THE BANK OF NEW YORK MELLON/FIRST TRUST<br>BNY MELLON ASSET SERVICING<br>525 WILLIAM PENN PL, SUITE 0400<br>PITTSBURGH, PA 15259 | Common Shares | 773,445.000 |
| JPMORGAN CHASE BANK/IA<br>ATTN: SANJAY GHULIANI<br>PARADIGM, B WING, FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 100000 INDIA | Common Shares | 694,569.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| BAIRD (ROBERT W) & CO INCORPORATED<br>ATTN: SARA R BLANKENHEIM<br>777 E WISCONSIN AVE<br>MILWAUKEE, WI 53202 | Common Shares | 693,485.000 |
| FIRST CLEARING L.L.C.<br>RIVERFRONT PLAZA<br>901 EAST BYRD STREET<br>RICHMOND, VA 23219 | Common Shares | 557,758.000 |
| SCOTTRADE, INC.<br>ATTN: TERRI LOSCHE<br>12855 FLUSHING MEADOWS DR<br>ST LOUIS, MO 63131 | Common Shares | 541,292.000 |
| INTERACTIVE BROKERS RETAIL EQUITY CL<br>ATTN: MARIA TARDIO<br>1 PICKWICK PLAZA<br>GREENWICH, CT 06830 | Common Shares | 477,117.000 |
| CITIBANK NA<br>ATTN: SANDRA HERNANDEZ<br>3800 CITIBANK CENTER B3-12<br>TAMPA, FL 33610 | Common Shares | 467,904.000 |
| GOLDMAN SACHS & CO.<br>ATTN: VANESSA CAMARDO<br>PROXY DEPARTMENT<br>30 HUDSON STREET<br>JERSEY CITY, NJ 07302 | Common Shares | 467,098.000 |
| BROWN BROTHERS HARRIMAN & CO<br>ATTN: DOROTA MALKIEWICZ<br>NEWPORT TOWER<br>525 WASHINGTON BOULEVARD<br>JERSEY CITY, NJ 07310-1692 | Common Shares | 454,814.000 |
| HUNTINGTON NATIONAL BANK<br>ATTN: RIA BOLTON<br>7 EASTON OVAL - EA4 E78<br>COLUMBUS, OH 43219 | Common Shares | 447,300.000 |
| JEFFERIES & COMPANY, INC.<br>ATTN: CHARLES ERRIGO<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ 07311 | Common Shares | 388,997.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| MERRILL LYNCH, PIERCE FENNER & SMITH<br>ATTN: VERONICA O'NEIL<br>101 HUDSON ST 8TH FL<br>JEESEY CITY, NJ 07302 | Common Shares | 373,664.000 |
| PENSON FINANCIAL SERVICES, INC.<br>ATTN: BRIAN DARBY<br>1700 PACIFIC AVENUE<br>SUITE 1400<br>DALLAS, TX 75201 | Common Shares | 369,426.000 |
| PNC BANK NATIONAL ASSOCIATION<br>ATTN: ROB HALLOWELL<br>8800 TINICUM BLVD<br>MS T6-F266-02-2<br>PHILADELPHIA, PA 19153 | Common Shares | 267,856.000 |
| BROWN BROTHERS HARRIMAN & CO./ETF<br>ATTN: SHELDON BROUTMAN<br>140 BROADWAY<br>NEW YORK, NY 10005 | Common Shares | 246,653.000 |
| THE BANK OF NEW YORK MELLON<br>ATTN: MICHAEL KANIA<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | Common Shares | 238,282.000 |
| CUSTODIAN TRUST COMPANY<br>ATTN: DAWN EIKE<br>101 CARNEGIE CENTER<br>PRINCETON, NJ 08540 | Common Shares | 188,043.000 |
| US BANK NA<br>ATTN:TIM RANDALL<br>ATTN: SECURITIES CONTROL<br>1555 N RIVERCENTER DR SUITE 0300<br>MILWAUKEE, WI 53212 | Common Shares | 183,050.000 |
| VANGUARD MARKETING CORPORATION<br>ATTN: KEVIN SCULLY<br>100 VANGUARD BOULEVARD<br>MALVERN, PA 19355 | Common Shares | 180,156.000 |
| [REDACTED] | Common Shares | 175,160.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| RBC DOMINION SECURITIES INC<br>ATTN: KAREN OLIVERES<br>200 BAY STREET 6TH FLOOR<br>ROYAL BANK PLAZA NORTH TOWER<br>TORONTO ON M5J 2W7 CANADA | Common Shares | 168,082.000 |
| [REDACTED] | Common Shares | 157,610.000 |
| GOLDMAN SACHS EXECUTION & CLEARING<br>ATTN: ANTHONY BRUNO<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | Common Shares | 154,810.000 |
| [REDACTED] | Common Shares | 154,536.000 |
| SSB - IBT/BGI<br>ATTN: TOM BRODERICK<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA 02171 | Common Shares | 145,170.000 |
| MORGAN STANLEY & CO INCORPORATED<br>ATTN: MICHELLE FORD<br>901 SOUTH BOND STREET<br>6TH FLOOR<br>BALTIMORE, MD 21231 | Common Shares | 143,704.000 |
| STATE STREET BANK AND TRUST COMPANY<br>ATTN: MICHAEL KANIA<br>525 WILLIAM PENN PLACE<br>ROOM 400<br>PITTSBURGH, PA 15259 | Common Shares | 139,951.000 |
| GOLDMAN SACHS INTERNATIONAL<br>ATTN: VANESSA CAMARDO<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | Common Shares | 116,439.000 |
| TD WATERHOUSE CANADA INC.<br>ATTN: IBEVERLY ADAMS<br>60 NORTHWIND PLACE<br>SCARBOROUGH ON M1S 5L4 CANADA | Common Shares | 101,834.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| EDWARD D. JONES & CO.<br>ATTN: CHERYL BOSEMAN<br>700 MARYVILLE CENTER DRIVE<br>ST LOUIS, MO 63141 | Common Shares | 99,559.000 |
| THOMAS C JOHNSON<br>10917 GRAND JOURNEY AVE<br>RALEIGH, NC 27614-8667 | Common Shares | 93,346.000 |
| MICHAEL P O'DONNELL<br>11301 BRASS KETTLE RD<br>RALEIGH, NC 27614-8451 | Common Shares | 89,441.000 |
| [REDACTED] | Common Shares | 88,163.000 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH<br>ATTN: VERONICA E. O'NEILL<br>101 HUDSON ST 9TH FL<br>JERSEY CITY, NJ 07302 | Common Shares | 85,261.000 |
| JP MORGAN CHASE<br>ATTN: SANJAY GHULIANI<br>JP MORGAN CHASE BANK/CORRESPONDENCE C<br>PARADIGM, B WING, FLOOR 6<br>MUMBAI 40 064 IN00000 INDIA | Common Shares | 82,559.000 |
| DENNIS CARROLL<br>24 ROYAL COURT<br>NORWOOD, MA 2062-1580 | Common Shares | 82,371.000 |
| APAX XERIUM APIA LP<br>C/O APAX PARTNERS UK LTD<br>FAO DAWOOD KHAN<br>33 JERMYN STREET<br>LONDON SW1Y 6DN UK | Common Shares | 80,520.588 |
| DEUTSCHE BANK SECURITIES INC<br>ATTN: RAY CONTE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | Common Shares | 63,314.000 |
| USAA INVESTMENT MANAGEMENT COMPANY<br>ATTN: ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | Common Shares | 59,520.000 |

RLF1 3557006v 1

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| NBCN INC.<br>ATTN: MDANIEL NTAP<br>1010 RUE DE LA GAUCHETIERE ST WEST<br>SUITE 1925<br>MONTREAL PQ H3B 5J2 CANADA | Common Shares | 56,645.000 |
| RIDGE CLEARING & OUTSOURCING SOLUTION<br>ATTN: KATHY GUILLOU<br>55 WATER ST<br>32ND FLOOR<br>NEW YORK, NY 10004 | Common Shares | 56,210.000 |
| RIDGE CLEARING & OUTSOURCING SOLUTION<br>ATTN: MATT FREIFELD<br>55 WATER ST<br>32ND FLOOR<br>NEW YORK, NY 10004 | Common Shares | 56,210.000 |
| JANNEY MONTGOMERY SCOTT LLC<br>ATTN: REGINA LUTZ<br>1801 MARKET ST<br>9TH FLOOR<br>PHILADELPHIA, PA 19103-1675 | Common Shares | 55,351.000 |
| AMERICAN NATIONAL BANK<br>ATTN: CARRIE VOLTZ<br>PO BOX 9250<br>DENVER, CO 08093-0250 | Common Shares | 55,000.000 |
| J.P. MORGAN CLEARING CORP.<br>ATTN: VINCENT MARZELLA<br>ONE METROTECH CENTER N<br>4TH FLOOR<br>BROOKLYN, NY 11201-3862 | Common Shares | 53,151.000 |
| LPL FINANCIAL CORPORATION<br>ATTN:ROSANN TANNER<br>9785 TOWNE CTR DRIVE<br>SAN DIEGO, CA 92121-1968 | Common Shares | 45,500.000 |
| WILLIAM BUTTERFIELD<br>2040 SALEM CHURCH RD<br>STEPHENS CITY, VA 22655-5643 | Common Shares | 42,568.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| DESJARDINS SECURITIES INC./CDS<br>2 COMPLEXE DESJARDINS<br>EAST TOWER, BASILAIRE 1 LEVEL<br>MONTREAL PQ H5B 1J2 CANADA | Common Shares | 41,857.000 |
| [REDACTED] | Common Shares | 41,754.000 |
| [REDACTED] | Common Shares | 40,715.000 |
| WELLS FARGO INVESTMENTS, LLC<br>ATTN: CHRIS THOMPSON<br>625 MARQUETTE AVE.<br>13TH FLOOR<br>MINNEAPOLIS, MN 55402 | Common Shares | 39,963.000 |
| DONNA M MESERVE<br>45 TOWER FARM ROAD<br>BILLERICA, MA 01821-2816 | Common Shares | 39,684.000 |
| NORTHERN TRUST COMPANY (THE)<br>ATTN: BRIAN KLUCZNIK<br>801 S CANAL C-IN<br>CAPITAL STRUCTURES-C1N<br>CHICAGO, IL 60607 | Common Shares | 38,977.000 |
| RBC CAPITAL MARKETS CORPORATION<br>ATTN: STEVE SCHAFER SR<br>510 MARQUETTE AVE SOUTH<br>MINNEAPOLIS, MN 55402 | Common Shares | 38,915.000 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCI.<br>ATTN: SANJAY GHULIANI<br>PARADIGM, B WING, FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 100000 INDIA | Common Shares | 34,300.000 |
| OPTIONSXPRESS, INC.<br>ATTN: SCOTT JOHNSON<br>311 W. MONROE STREET<br>CHICAGO, IL 60606 | Common Shares | 34,300.000 |
| MORGAN KEEGAN & COMPANY INC<br>ATTN: CAROL ANTLEY<br>50 N FRONT ST<br>MEMPHIS, TN 38103 | Common Shares | 33,340.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| MORGAN STANLEY & CO. INCORPORATED/RE<br>ATTN: JOHN STAHLMAN<br>HARBORSIDE FINANCIAL CENTER<br>PLAZA 3, 4TH FLOOR<br>JERSEY CITY, NJ 07311 | Common Shares | 33,055.000 |
| [REDACTED] | Common Shares | 32,690.000 |
| OPPENHEIMER & CO INC<br>ATTN: OSCAR MAZARIO<br>125 BROAD ST<br>15TH FLOOR<br>NEW YORK, NY 10004 | Common Shares | 30,719.000 |
| CLYDE MITCHELL<br>155 VARNEY RD.<br>DOVER, NH 03820-6232 | Common Shares | 29,940.000 |
| [REDACTED] | Common Shares | 29,353.000 |
| BMO NESBITT BURNS INC<br>ATTN: LOUISE TORANGEAU<br>1 FIRST CANADIAN PLACE 13TH FL<br>P. O. BOX 150<br>TORONTO ON M5X 1H3 CANADA | Common Shares | 28,200.000 |
| [REDACTED] | Common Shares | 27,117.000 |
| TRADESTATION SECURITIES, INC.<br>ATTN: ISSUER SERVICES<br>TRADESTATION BUILDING<br>8050 SW 10TH STREET, SUITE 2000<br>PLANTATION, FL 33324 | Common Shares | 24,511.000 |
| SCOTIA CAPITAL INC/CDS<br>ATTN: NORMITA RAMIREZ<br>PO BOX 4085<br>STATION A<br>TORONTO ON M5W 2X6 CANADA | Common Shares | 23,791.000 |
| DAVID JAMES<br>12512 RIBBONGRASS CT<br>RALEIGH, NC 27614-6812 | Common Shares | 23,359.000 |
| [REDACTED] | Common Shares | 22,165.000 |
| [REDACTED] | Common Shares | 21,324.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| DAVID PRETTY<br>2705 PEACHLEAF ST<br>RALEIGH, NC 27614-7964 | Common Shares | 17,975.000 |
| CANACCORD CAPITAL CORPORATION/DCS<br>ATTN: AARON STEINBERG<br>609 2200 GRANVILLE ST<br>VANCOUVER BC BC V7Y 1H2 CANADA | Common Shares | 17,500.000 |
| D. A. DAVIDSON & CO.<br>ATTN: RITA LINSKEY<br>PO BOX 5015<br>GREAT FALLS, MT 59403 | Common Shares | 16,500.000 |
| [REDACTED] | Common Shares | 16,020.000 |
| RAYMOND JAMES & ASSOCIATES INC<br>ATTN: MIKE DILLARD<br>880 CARILION PARKWAY<br>PO BOX 12749<br>SAINT PETERSBURG, FL 33716 | Common Shares | 15,350.000 |
| PENSON FINANCIAL SERVICES, INC.<br>ATTN: ROBERT MCPHEARSON<br>330 BAY ST SUITE 711<br>TORONTO ON M5H 2S8 CANADA | Common Shares | 15,094.000 |
| GENESIS SECURITIES, LLC<br>ATTN: SHAWN ARANI<br>50 BROAD STREET<br>2ND FLOOR<br>NEW YORK, NY 10004 | Common Shares | 14,326.000 |
| CHANG LIU<br>1504 BOLUS CT<br>WAKE FOREST, NC 27587-4179 | Common Shares | 13,827.000 |
| LEGENT CLEARING LLC<br>ATTN: SHAWN BROWN<br>REORG DEPT<br>9300 UNDERWOOD AVE - SUITE 400<br>OMAHA, NE 68114-2685 | Common Shares | 13,484.000 |
| ELISABETH JONES<br>PO BOX 211<br>SPERRYVILLE, VA 22740-0211 | Common Shares | 13,322.000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| DON WALKER<br>4 WILDWOOD LANE<br>BURLINGTON, MA 01803-1424 | Common Shares | 10,000.000 |
| AMERICAN ENTERPRISE INVESTMENT SERVICES<br>ATTN: REBECCA STRAND<br>2178 AXP FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | Common Shares | 9,451.000 |
| TIMBER HILL LLC<br>ATTN: MARIA TARDIO<br>1 PICKWICK PLAZA<br>GREENWICH, CT 06830 | Common Shares | 8,646.000 |
| AMERIPRISE ADVISOR SERVICES, INC.<br>ATTN: MIKE KOHLER<br>751 GRISWOLD ST<br>DETROIT, MI 48226 | Common Shares | 7,700.000 |
| LEHMAN BROTHERS, INC.<br>ATTN: JIM GARDINER<br>REORG<br>70 HUDSON<br>JERSEY CITY, NJ 07302 | Common Shares | 7,457.000 |
| WEDBUSH MORGAN SECURITIES, INC.<br>ATTN: ALICIA GONZALEZ/REORG DEPT<br>1000 WILSHIRE BLVD<br>SUITE 900<br>LOS ANGELES, CA 90017 | Common Shares | 7,165.000 |
| [REDACTED] | Common Shares | 7,150.000 |
| [REDACTED] | Common Shares | 7,150.000 |
| [REDACTED] | Common Shares | 6,506.000 |
| [REDACTED] | Common Shares | 6,489.000 |
| CREDIT SUISSE SECURITIES (USA) L.L.C.<br>ONE MADISON AVENUE<br>3RD FLOOR<br>NEW YORK, NY 10010-3643 | Common Shares | 6,300.000 |

RLF1 3557006v 1

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| BLACKMONT CAPITAL INC.<br>ATTN: CLIENT SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | Common Shares | 6,000.000 |
| BLACKMONT CAPITAL INC.<br>ATTN: HADRIAN ABBOTT<br>BCE PLACE, 181 BAY STREET, SUITE 3100<br>P.O. BOX 830<br>TORONTO, ON M5J 2T3 CANADA | Common Shares | 6,000.000 |
| CIBC WORLD MARKETS INC.<br>ATTN: NICASTRO JERRY<br>161 BAY ST 10TH FL<br>TORONTO ON M5J 258 CANADA | Common Shares | 5,970.000 |
| CHERYL DIUGUID<br>10208 GRAFTON RD<br>RALEIGH, NC 27615-1143 | Common Shares | 5,854.000 |
| MICHAEL MCGUFFEY<br>108 BANYAN RD.<br>STARKVILLE, MS 39759-4326 | Common Shares | 5,195.000 |
| CARL DAVID BRYANT<br>16401 RANGER TRAIL<br>HUNTERSVILLE, NC 28078-8292 | Common Shares | 5,111.000 |
| SEI PRIVATE TRUST COMPANY<br>ATTN: DAN CWALINA<br>ONE FREEDOM VALLEY DRIVE<br>OAKS, PA 19456 | Common Shares | 5,050.000 |
| CREST INTERNATIONAL NOMINEES LIMITED<br>ATTN: NATHAN ASHWORTH<br>33 CANNON ST<br>LONDON UK EC4M 5SB UNITED KINGDOM | Common Shares | 5,000.000 |
| PRIMEVEST FINANCIAL SERVICES INC<br>ATTN: MARK SCHOUVILLER<br>400 1ST ST S<br>SAINT CLOUD, MN 56301 | Common Shares | 4,629.000 |

RLF1 3557006v 1

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| QTRADE SECURITIES INC./CDS<br>ATTN: JOSEPH CHAU<br>SUITE 1920 ONE BENTALL CENTRE<br>505 BURRARD STREET<br>VANCOUVER BC V7X 1M6 CANADA | Common Shares | 4,400.000 |
| NILS SANDSTROM<br>150 W. KINGSBURY RD.<br>KELSO, WA 98626-9821 | Common Shares | 4,207.000 |
| ERNEST HOWARD<br>117 MOFFETT DR.<br>JONESBORO, LA 71251-3015 | Common Shares | 4,160.090 |
| SOUTHWEST SECURITIES, INC.<br>ATTN: CHRISTINA FINZEN<br>1201 ELM ST<br>SUITE 3500<br>DALLAS, TX 75270 | Common Shares | 4,150.000 |
| WILSON-DAVIS CO., INC.<br>ATTN: BILL WALKER<br>236 S MAIN STREET<br>SALT LAKE CITY, UT 84101-2001 | Common Shares | 4,000.000 |
| RICARDO ESTRADA<br>17135 WESTMILL LN.<br>CHARLOTTE, NC 28277-3171 | Common Shares | 3,832.000 |
| BNP PARIBAS SECURITIES CORP.<br>ATTN: MATT PUSCAR<br>555 CROTON RD<br>KING OF PRUSSIA, PA 19406 | Common Shares | 3,625.000 |
| US BANCORP INVESTMENTS, INC.<br>ATTN: KATHY DABRUZZI<br>60 LIVINGSTON AVE<br>EP-MN-WN2H<br>SAINT PAUL, MN 55107-1419 | Common Shares | 3,479.000 |
| [REDACTED] | Common Shares | 3,474.000 |
| STIFEL NICOLAUS & COMPANY INCORPORATED<br>ATTN: CHRIS WIEGAND<br>501 N BROADWAY 7TH FL<br>STOCK RECORD DEPT<br>SAINT LOUIS, MO 63102 | Common Shares | 3,437.000 |

RLF1 3557006v.1

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| [REDACTED] | Common Shares | 3,082.000 |
| TERRA NOVA FINANCIAL, LLC<br>ATTN:RAY BURLEY<br>100 S. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60606 | Common Shares | 3,000.000 |
| CLEARVIEW CORRESPONDENT SERVICES, LLC<br>ATTN: LINDA MILLER VICE PRESIDENT<br>8006 DISCOVERY DR<br>RICHMOND, VA 23229 | Common Shares | 3,000.000 |
| BRIAN RIDGE<br>12 MOSS DR.<br>NEW BOSTON, NH 03070-4210 | Common Shares | 2,805.000 |
| [REDACTED] | Common Shares | 2,500.000 |
| [REDACTED] | Common Shares | 2,082.000 |
| CITADEL DERIVATIVES GROUP LLC<br>ATTN: MARCIA BANKS<br>131 SOUTH DEARBORN STREET<br>MONTREAL QC H3A 3R7<br>CHICAGO, IL 6060 | Common Shares | 2,060.000 |
| M&I MARSHALL & ILSLEY BANK<br>ATTN: ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | Common Shares | 1,800.000 |
| FOLIO (FN) INVESTMENTS INC.<br>ATTN:JIM DETWILER<br>8180 GREENSBORO DRIVE 8TH FLOOR<br>MCLEAN, VA 22102 | Common Shares | 1,755.000 |
| BARCLAYS CAPITAL INC./LE<br>ATTN: GIOVANNA LAURELLA<br>70 HUDSON STREET<br>7TH FLOOR<br>JERSEY CITY, NJ 07302 | Common Shares | 1,593.000 |

RLF1 3557006v 1

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| STOCKCROSS FINANCIAL SERVICES INC<br>ATTN: ELEANOR PIMENTEL<br>77 SUMMER STREET<br>2ND FLOOR<br>BOSTON, MA 02110-1006 | Common Shares | 1,500.000 |
| FIRST SOUTHWEST COMPANY<br>ATTN: JAMES FURINO<br>1700 PACIFIC AVENUE<br>SUITE 500<br>DALLAS, TX 75201-3852 | Common Shares | 1,200.000 |
| BRANCH BANKING & TRUST CO.<br>ATTN: TANJI BASS<br>223 W. NASH STREET<br>3RD FLOOR<br>WILSON, NC 27893 | Common Shares | 1,000.000 |
| J.J.B. HILLIARD, W.L. LYONS, INC.<br>ATTN: KEVIN MEDICO<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | Common Shares | 1,000.000 |
| [REDACTED] | Common Shares | 834.000 |
| RICHARD AYRE<br>3704 WHITE CHAPEL WAY<br>RALEIGH, NC 27615-1618 | Common Shares | 766.000 |
| JOHN D MILNER<br>1809 GREEN DOWNS DRIVE<br>RALEIGH, NC 27613-7129 | Common Shares | 731.000 |
| WACHOVIA BANK NA<br>ATTN: VICTORIA STEWART<br>1525 W WT HARRIS BLVD.<br>CHARLOTTE, NC 28262-8522 | Common Shares | 361.000 |
| NEWEDGE USA L.L.C./EQUITY CLEARING DIVISION<br>667 MISSION STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94105 | Common Shares | 300.000 |

RLF1 3557006v.1

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| MESIROW FINANCIAL INC<br>ATTN: GAIL CORTESE<br>350 N CLARK ST<br>2ND FLOOR<br>CHICAGO, IL 60610 | Common Shares | 135.000 |
| UBS SECURITIES LLC<br>ATTN: JOHN MALLOY<br>480 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | Common Shares | 88.000 |
| STERNE AGEE & LEACH INC<br>ATTN: MARIBETH WILLIAMS<br>813 SHADES CREEK PKWY<br>SUITE 100-B<br>BIRMINGHAM, AL 35209 | Common Shares | 30.000 |
| [REDACTED] | Common Shares | 10.554 |
| CITY NATIONAL BANK<br>ATTN: JOEL GALLANT<br>555 SOUTH FLOWER STREET<br>10TH FLOOR<br>LOS ANGELES, CA 90071 | Common Shares | 1.000 |
| UMB BANK NATIONAL ASSOCIATION<br>ATTN: KAREN LIGHTFOOT<br>928 GRAND BLVD<br>MAILSTOP 1010404<br>KANSAS CITY, MO 64106 | Common Shares | 1.000 |
| NBC SECURITIES INC.<br>ATTN: PENNIE NASH<br>1927 FIRST AVENUE NORTH<br>BIRMINGHAM, AL 35203 | Common Shares | 1.000 |

RLF1 3557006v.1