# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
XERIUM TECHNOLOGIES, INC., et al.,[1]              : Case No. 10-11031 (KJC)
                                                   :
            Debtors.                : Jointly Administered
                                                   :
                                                   : **Re: Docket Nos. 11, 58 and 77**
---------------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION REGARDING "MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105(A) AND 366, AND FED. R. BANKR. P. 6003 AND 6004 (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (II) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE, (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT, AND (IV) SCHEDULING A FINAL HEARING" [DOCKET NO. 11]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Motion of Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366, and Fed. R. Bankr. P. 6003 and 6004 (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving Debtors' Proposed Form of Adequate Assurance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Scheduling a Final Hearing** [Docket No. 11] (the "Motion") filed by the above-captioned debtors and debtors in

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number or its foreign equivalent) are: Xerium Technologies, Inc. (8674), Huyck Licensco Inc. (0434), Stowe Woodward Licensco LLC (4459), Stowe Woodward LLC (4102), Wangner Itelpa I LLC (3561), Wangner Itelpa II LLC (3562), Weavexx, LLC (7969), Xerium Asia, LLC (3367), Xerium III (US) Limited (4460), Xerium IV (US) Limited (4461), Xerium V (US) Limited (4462), XTI LLC (6754), Xerium Canada Inc. (0003), Huyck.Wangner Austria GmbH (0323), Xerium Germany Holding GmbH (3219), and Xerium Italia S.p.A. (0150). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 8537 Six Forks Road, Suite 300, Raleigh, North Carolina 27615.

possession (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Court") on March 30, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the **Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366, and Fed. R. Bankr. P. 6003 and 6004 (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving Debtors' Proposed Form of Adequate Assurance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Scheduling a Final Hearing and (B) Final Hearing With Respect Thereto** [Docket No. 77], dated March 31, 2010, responses to the final relief requested in connection with the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on April 20, 2010 (the "Objection Deadline"). Pursuant to the **Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366, and Fed. R. Bankr. P. 6003 and 6004 (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Approving Debtors' Proposed Form of Adequate Assurance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Scheduling a Final Hearing** [Docket No. 58], entered by the Court on March 31, 2010, if no objections to the Motion are filed prior to the Objection Deadline, the Court may enter an order granting the final relief requested in the Motion without further notice or hearing. The Debtors therefore respectfully request that the proposed form of final order attached hereto as Exhibit A, which is substantially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

2

RLF1 3564107v.1

Dated: April 23, 2010
Wilmington, Delaware

*(signature)*

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

John J. Rapisardi
Sharon J. Richardson
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Proposed Co-Attorneys for Debtors
and Debtors in Possession