## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x

In re                                             :        Chapter 11

XERIUM TECHNOLOGIES, INC., et al.,[1]             :        Case No. 10-11031 (KJC)

                                                  :
                      Debtors.                    .        Jointly Administered

-------------------------------------------------------------------x

## NOTICE OF AMENDMENTS TO PLAN SUPPLEMENT
## FOR THE DEBTORS' AMENDED JOINT PREPACKAGED PLAN
## OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE:

1.     On March 30, 2010, Xerium Technologies, Inc. and certain of its direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the Plan Supplement (D.I. 24) (the "Plan Supplement") with the Bankruptcy Court pursuant to Section 10.6 of the Debtors' Amended Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated March 30, 2010 (D.I. 23) (the "Plan").[2]

2.     Concurrently herewith, in accordance with Section 10.6 of the Plan, pursuant to which the Debtors expressly reserved the right to amend, modify, and supplement the

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number or its foreign equivalent) are: Xerium Technologies, Inc. (8674), Huyck Licensco Inc. (0434), Stowe Woodward Licensco LLC (4459), Stowe Woodward LLC (4102), Wangner Itelpa I LLC (3561), Wangner Itelpa II LLC (3562), Weavexx, LLC (7969), Xerium Asia, LLC (3367), Xerium III (US) Limited (4460), Xerium IV (US) Limited (4461), Xerium V (US) Limited (4462), XTI LLC (6754), Xerium Canada Inc. (0003), Huyck.Wangner Austria GmbH (0323), Xerium Germany Holding GmbH (3219), and Xerium Italia S.p.A. (0150). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 8537 Six Forks Road, Suite 300, Raleigh, North Carolina 27615.

[2] Capitalized terms used but not defined herein or in the attached exhibits shall have the meanings ascribed to such terms in the Plan.

-2-

Plan Supplement prior to the Confirmation Hearing, the Debtors filed an Amended and Restated Plan Supplement (the "Amended and Restated Plan Supplement"), which contains the following amendments:

a. Schedule 1.82 – Restated Bylaws of each Reorganized Debtor. The Debtors withdrew the Schedule 1.82 previously filed as part of the Plan Supplement and substituted a new Schedule 1.82. A blackline of the new Schedule 1.82 marked against the Schedule 1.82 previously filed as part of the Plan Supplement is attached hereto as Exhibit A.

b. Schedule 1.83 – Restated Charters of each Reorganized Debtor. The Debtors withdrew the Schedule 1.83 previously filed as part of the Plan Supplement and substituted a new Schedule 1.83. A blackline of the new Schedule 1.83 marked against the Schedule 1.83 previously filed as part of the Plan Supplement is attached hereto as Exhibit B.

c. Schedule 5.9 – Initial Directors and Initial Officers of the Reorganized Debtors. The Debtors withdrew the Schedule 5.9 previously filed as part of the Plan Supplement and substituted a new Schedule 5.9. A blackline of the new Schedule 5.9 marked against the Schedule 5.9 previously filed as part of the Plan Supplement is attached hereto as Exhibit C.

d. Schedule 7.5 – Retained Actions. The Debtors withdrew the Schedule 7.5 previously filed as part of the Plan Supplement and substituted a new Schedule 7.5. A blackline of the new Schedule 7.5 marked against the Schedule 7.5 previously filed as part of the Plan Supplement is attached hereto as Exhibit D.

e. Schedule 12.7 – Additional Intercompany Transactions. The Debtors withdrew the Schedule 12.7 previously filed as part of the Plan Supplement and substituted a new Schedule 12.7. A blackline of the new Schedule 12.7 marked against the Schedule 12.7 previously filed as part of the Plan Supplement is attached hereto as Exhibit E.

RLF1 3567065v.1

3.    A copy of the Plan, the Plan Supplement, the Amended and Restated Plan Supplement, and all other documents filed in these cases may be obtained free of charge on the website of the Debtors' noticing agent, The Garden City Group, Inc. ("GCG"), at: http://www.xeriuminfo.com, or by contacting GCG at: Xerium Technologies, Inc., c/o The Garden City Group, Inc., P.O. Box 9572, Dublin, Ohio 43017-4872; telephone U.S. and Canada: 1-866-249-8108 (toll-free) or International: +1-614-553-1930.    Copies of the Plan, the Plan Supplement, the Amended and Restated Plan Supplement, and all other filed documents also are available for a fee on the Bankruptcy Court's website at http://www.deb.uscourts.gov (password is required).

Dated:    May 3, 2010
          Wilmington, Delaware

/s/ Jason M. Madron
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John J. Rapisardi
Sharon J. Richardson
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Co-Attorneys for Debtors
and Debtors in Possession

-3-