UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re                                          :    Chapter 11
                                               :
XERIUM TECHNOLOGIES, INC., et al.,[1]          :    Case No. 10-11031 (KJC)
                                               :
                    Debtors.                   :    Jointly Administered

------------------------------------------------------------x

### NOTICE OF (I) ENTRY OF ORDER (A) APPROVING THE DEBTORS' (1) DISCLOSURE STATEMENT, (2) SOLICITATION OF VOTES AND VOTING PROCEDURES, AND (3) FORMS OF BALLOTS AND (B) CONFIRMING THE DEBTORS' AMENDED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (II) OCCURRENCE OF THE EFFECTIVE DATE, AND (III) FINAL FEE HEARING

**PLEASE TAKE NOTICE:**

        1.    On May 12, 2010 (the "Confirmation Date"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the Order (I) Approving the Debtors' (A) Disclosure Statement, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots and (II) Confirming the Debtors' Amended Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (D.I. 206) (the "Confirmation Order"). The Confirmation Order confirmed the Debtors' Amended Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated March 30, 2010 (D.I. 23) (the "Plan"), filed by Xerium Technologies, Inc. and certain of its direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to such terms in the Plan or the Confirmation Order.

        2.    The Confirmation Order (including the Plan attached as Exhibit "A" thereto) is on file with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, where it is available for review weekdays between the hours of

---

[1] The Debtors in these chapter 11 cases (along with the last four digits of each Debtor's federal tax identification number or its foreign equivalent) are: Xerium Technologies, Inc. (8674), Huyck Licensco Inc. (0434), Stowe Woodward Licensco LLC (4459), Stowe Woodward LLC (4102), Wangner Itelpa I LLC (3561), Wangner Itelpa II LLC (3562), Weavexx, LLC (7969), Xerium Asia, LLC (3367), Xerium III (US) Limited (4460), Xerium IV (US) Limited (4461), Xerium V (US) Limited (4462), XTI LLC (6754), Xerium Canada Inc. (0003), Huyck.Wangner Austria GmbH (0323), Xerium Germany Holding GmbH (3219), and Xerium Italia S.p.A. (0150). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 8537 Six Forks Road, Suite 300, Raleigh, North Carolina 27615.

8:00 a.m. and 4:00 p.m. (Eastern Daylight Time). A copy of the Confirmation Order, the Plan, and all other documents filed in these cases may be obtained free of charge on the website of the Debtors' noticing agent, The Garden City Group, Inc. ("GCG"), at http://www.xeriuminfo.com, or by contacting GCG at: Xerium Technologies, Inc., c/o The Garden City Group, Inc., PO Box 9572, Dublin, Ohio 43017-4872; telephone U.S. and Canada: 1-866-249-8108 (toll-free) or International: +1-614-553-1930. Copies of the Confirmation Order, the Plan, and all other filed documents also are available for a fee on the Bankruptcy Court's website at http://www.deb.uscourts.gov (password is required).

3. On May 25, 2010, the Effective Date occurred and the Plan was substantially consummated.

4. Except as otherwise provided in the Confirmation Order or the Plan, as of the Effective Date, (a) the provisions of the Plan are binding on the Debtors, the Reorganized Debtors, any entity issuing securities under the Plan, any entity acquiring property under the Plan, any creditor or equity interest holder of the Debtors, and such creditor or equity interest holder's successors and assigns, whether or not the claim or equity interest of such creditor or equity interest holder is impaired under the Plan, whether or not such creditor or equity interest holder has accepted the Plan, and whether or not such creditor or equity security holder is entitled to a distribution under the Plan, (b) the commencement or continuation of any action, employment of process, or act to collect, recover, or offset by any holder of a claim against or equity interest in any of the Debtors is permanently enjoined, (c) all property of the Debtors' estates is vested in the Reorganized Debtors, free and clear of all claims, liens, encumbrances, charges, and interests of creditors and equity interest holders of the Debtors, and (d) the Debtors are discharged from any and all debts, claims, and interests of any nature whatsoever, known or unknown, that arose before the date and time of entry of the Confirmation Order.

## Applications for Allowances of Compensation and Hearing Thereon

5. Each professional or other entity seeking an award of compensation for services rendered or reimbursement of expenses incurred through and including the Confirmation Date under sections 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code must file with the Bankruptcy Court an application for final allowance of such compensation or reimbursement (a "Final Fee Application") **on or before July 9, 2010**, together with proof of service thereof, and shall serve such Final Fee Application on (a) Xerium Technologies, Inc., 8537 Six Forks Road, Suite 300, Raleigh, NC 27615 (Attn: Mr. Stephen R. Light), (b) counsel for the Debtors, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq. and Sharon J. Richardson, Esq.), and (c) the Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy, Esq.). All Final Fee Applications must show and reflect the application of any retainers in connection with the Debtors' chapter 11 cases.

6. Objections and responses to any Final Fee Application shall be filed with the Bankruptcy Court, together with proof of service thereof, and served upon the applicant and each of the parties identified in the preceding paragraph, **so as to be <u>actually received</u> no later than 4:00 p.m. (Eastern Daylight Time) on July 26, 2010.**

7. A hearing to consider all Final Fee Applications and any objections or responses thereto (the "Final Fee Hearing") shall be held before The Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, in Room 5 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **August 4, 2010, at 3:00 p.m. (Eastern Daylight Time)**, or as soon thereafter as counsel may be heard. The Final Fee Hearing may be adjourned from time to time without further notice other than the filing of an amended agenda with respect thereto.

8. If no objection or response is timely filed and served with respect to a Final Fee Application, such Final Fee Application may be granted without further notice or a hearing.

Dated: May 25, 2010
Wilmington, Delaware

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | CADWALADER, WICKERSHAM & TAFT LLP |
| One Rodney Square | One World Financial Center |
| 920 North King Street | New York, New York 10281 |
| Wilmington, DE 19801 | Telephone: (212) 504-6000 |
| Telephone: (302) 651-7700 | Facsimile: (212) 504-6666 |
| Facsimile: (302) 498-7531 | |

Co-Attorneys for Debtors
and Debtors in Possession